*i, verify, all herein be true...*

*'federal district court'*
*of the united States for New Jersey*

CLERK
DISTRICT OF NEW JERSEY
RECEIVED
2021 MAY 20  P 1: 15

|   |   |
|---|---|
| a man: Terence Lee Britt, <br> the aggrieved party; <br> Prosecutor; | § <br> § <br> § <br> § <br> § <br> § <br> § |

UNITED STATES DISTRICT COURT
[civil division]

File No. *RA 282044213 US*

|   |   |
|---|---|
| PHIL MURPHY, as Governor of the State of New Jersey; <br> SARAH M. ADELMAN, as Acting Commissioner of the Department of Human Services; <br> CHRISTINE NORBUT BEYER, as Director of the Department of Children & Families (State government office in Trenton, New Jersey), et al; <br> *Wrongdoer(s)* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

declarations of wrongs:

forgery

and

bad faith

- **"trial by jury"**

- **court of record: magistrate;**

25 C. J. §§ 344; 346;

2. DANV. 259

**The bill of rights of The Constitution of the United States, Articles: I; VII; IX, X;**

**New Jersey Constitution -1844,**
**Article I. Rights and Privileges. 6.; Article I. Rights and Privileges 7.;**
**Article VI, Judiciary Section V. 2.;**

'Federal Court'

At

District Court of the united States

For New Jersey

)
)
)
i: a man;                                    )
*prosecutor*                                 )
                                             )
                                             )
                                             )
PHIL MURPHY, as Governor of the State        )
of New Jersey;                               )
SARAH M. ADELMAN, as Acting                  )
Commissioner of the Department of            )
Human Services;                              )
CHRISTINE NORBUT BEYER, as Director of       )
the Department of Children & Families        )
(State government office in Trenton, New     )
Jersey), et al;                              )
*Wrongdoer(s)*                               )
                                             )

CLERK
U. S. DISTRICT COURT
DISTRICT NEW JERSEY
RECEIVED

2021 MAY 20  P 1: 15

**Nature of case: claim**

**claim: trespass [forgery]**

**(verified)**

---

**i, require: a 'court of record'; 'trial by jury';**

---

**claim: trespass [forgery]**

**i, a man claim:**

- the said wrongdoer(s) trespass upon [my] property;
- the causal agent of the trespass, comes by way of its use of a forged instrument;
- the trespass did and does harm and injury to my property;
- the commencement of the harm began on 4th day of September, 2020;
- the wrong continues to this day _May_ , _19_ , 20_21_ ;
- I require compensation for the initial and continual trespass upon my property;
- compensation due: ;

i, say here, and will verify in open court, that all herein be true

Executed on this _19_ , day of _May_ ,2021

(seal)

By: _ _ _ _ _ *Britt Terence Lee* _ _ _ _ _

Britt, Terence Lee, man; held in trust, without the
United States, not in individual capacity, All Rights Reserved
*verified*

*Constitution of New Jersey 1844* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.12.** *The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1st Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©®™

In

'Federal Court'

at

'District Court of the united States

for New Jersey'

| | |
|---|---|
| i: a man; Terence Lee Britt<br>*prosecutor*<br><br>_____<br><br>PHIL MURPHY, as Governor of the State of<br>New Jersey;<br>SARAH M. ADELMAN, as Acting<br>Commissioner of the Department of Human<br>Services;<br>CHRISTINE NORBUT BEYER, as Director<br>of the Department of Children & Families<br>(State government office in Trenton, New<br>Jersey), et al;<br>*Wrongdoer(s)* | ) Case No.: RA 282044213 US<br>)<br>) trial by jury Demand<br>) common law jurisdiction<br>)<br>) (verified)<br>)<br>)<br>)<br>)<br>) |

## INTRODUCTION

Comes now, the man, of full age, *Britt, Terence Lee*, Prosecutor herein, above named, comes and upon his personal knowledge, and states to this honorable court: **i wish court take judicial notice: Constitution of New Jersey 1844 (see Exhibit A)**; and, **not to be construed, this suit is not under a civil rights acts violation of any kind, this claim is a violation of my unalienable rights given to i man, by my creator: God.**

## CLAIM

This suit is filed by Prosecutor, *Britt, Terence Lee*, a man; aggrieved and harmed, when his unalienable rights secured and protected by the 1844 New Jersey Constitution, were violated (**see Exhibit A**), to correct unlawful employment practices on the basis of religion, and to provide appropriate relief to Terence Lee Britt; Terence Lee Britt saith that the wrongdoer(s) of the Department of Children & Families violated 1844 *New Jersey Constitution* Article I. Rights and Privileges. 3., by failure to accommodate Terence Lee Britt's religious beliefs, and making his place of employment a hostile environment;

## JURISDICTION AND VENUE

1. Jurisdiction of this court is invoked pursuant to **1844** *New Jersey Constitution* **ARTICLE VI. JUDICIARY SECTION L. 1.** The judicial power shall be vested in a court of errors and appeals in the last resort in all cases as heretofore; a court for the trial of impeachments; a court of chancery; a prerogative court; a supreme court; circuit courts, and such inferior courts as now exist, and as may be hereafter ordained and established by law; which inferior courts the legislature may alter or abolish, as the public good shall require. **And;**

Pursuant to **1844 New Jersey Constitution ARTICLE VL JUDICIARY SECTION V. 2.** The circuit courts shall be held in every county of this State, by one or more of the justices of the supreme court, or a judge appointed for that purpose, and shall, in all cases within the county except in those of criminal nature,

*Constitution of New Jersey 1844 ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.12. The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1ˢᵗ Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©℠™

have common law jurisdiction, concurrent with the supreme court; and any final judgment of a circuit court may be docketed in the supreme court, and shall operate as a judgment obtained in the supreme court from the time of such docketing. (**see Exhibit A**);

The employment practices alleged to be unlawful were, and are now being committed within the jurisdiction of the federal court at District Court of the united States for New Jersey;

## PARTIES

### Prosecutor:

2.  Britt, Terence Lee, a man, native New Jerseyan; care of: Benigno Blvd, [421] Box 1753, at Bellmar, county Camden, state New Jersey republic; one of the several States of the Union, Near.[08099-9998], The United States of America

### Wrongdoer(s)

3.  Wrongdoer Phil Murphy, is the Governor of the State of New Jersey, and is sued in his official capacity; His offices are located at: Office of Governor P O Box 001, Trenton, New Jersey, 08625-0001; Governor Phil Murphy is responsible for ensuring that all New Jersey agencies comply with all applicable federal and state law, pursuant to CONSTITUTION OF NEW JERSEY -1844, ARTICLE V, EXECUTIVE 1., and, CONSTITUTION OF NEW JERSEY -1844, ARTICLE V, EXECUTIVE, 6. ; [STATE OF NEW JERSEY, a body politic, EIN: 216000928];

4.  Wrongdoer Sarah M. Adelman, Acting Commissioner of the Department of Human Services (DHS), of the STATE OF NEW JERSEY, and is sued in her official capacity; Her offices are located at 222 South Warren Street, P.O. Box 700, Trenton, New Jersey, 08625-0700; and responsible for overseeing the administration of (DHS); The New Jersey Department of Human Services (DHS) is the largest state agency in New Jersey;

5.  Wrongdoer Christine Norbut Beyer, is the Commissioner of the New Jersey Department of Children and Families (DCF), of the STATE OF NEW JERSEY, and is sued in her official capacity; Her offices are located at Department of Children and Families, P. O. Box 729, Trenton, New Jersey, 08625-0729; and responsible for overseeing the administration of (DCF); The New Jersey Department of Children and Families is the state's first Cabinet-level agency;

## STATEMENT OF CLAIMS
### SEE AFFIXED NOTARIZED (VERIFIED)
### AFFIDAVIT OF FACTS
### (see Exhibit B)

6.  On or about the 4ᵗʰ day of September, 2020, i, Terence Lee Britt emailed Maxwell, Andrea, Assistant Director Office of Human Resources Department of Children and Families (DCF), and also CC: West, Sherbria, (**see Exhibit C**) my concerns about a communication i had with OptumRx, a prescription drug company, about a refund for out-of-pocket prescription expenses, whereas a refund for said expenses would

*Constitution of New Jersey 1844 ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.12. The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1ˢᵗ Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©℠

be honored by OptumRx, but, incorrect information was in their *"OptumRx"* database, and required that that certain information be corrected by my employer (DCF) before said refund could be redeemed;

i, inquired to (DCF), about the information that is on record in their database, only to be informed their database had not been updated with the new information i had given (DCF) at an earlier date concerning my change of address, and birth name; i, soon re-sent the information written-on forms required by (DCF) to make the correct changes;

Over time, multiple email exchanges have taken place between i and several Directors at (DCF), over the correction of a certain-name, that was given at the time of my employment at in 2010 "Terence Lee Britt"; and to date (DCF) has refused to make any correction and update their system/database with this certain-correct name, this is a violation against my religious beliefs, for, i, am not a juridical-person, created by an unknown creator;

By certain actions, and, or in-actions, wrongdoer(s) at this time, to date, still choose not to make the requested changes i require to make in (DCF) system/database, but instead try and force i, said Terence Lee Britt, in my employment, to carry out certain-duties and assignments under the name of a certain juridical-person, whom creator of said juridical-person is unknown, and to date, recently bring disciplinary actions against i, said Terence Lee Britt, for taking a stand, and not accepting such disrespect, by accepting and carrying out my duties and assignments under this certain juridical-person name;

7.   These actions constitute a violation against Terence Lee Britt's unalienable rights on the basis of religion;

8.   The actions claimed above were intentional and designed to deprive i, *Terence Lee Britt* of my religious belief in an attempt to force i to accept another Entity as my creator, during my employment, in my pursuit to make an honest living;

9.   The unlawful employment practices claimed of above were committed with malice or reckless indifference to the federally secured and protected rights of i, Terence Lee Britt;

**i wish court take judicial notice:** Pursuant to 1844 *New Jersey Constitution* Article I. Rights and Privileges. 1. All men are by nature free and independent, and have certain natural unalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property, and of pursuing and obtaining safety and happiness.

**And take further judicial notice:** Pursuant to 1844 *New Jersey Constitution* Article I. Rights and Privileges. 3. No person shall be deprived of the inestimable privilege of worshipping Almighty God on a manner agreeable to the dictates of his own conscience; nor under any pretence whatever be compelled to attend any place of worship contrary to his faith and judgment; nor shall any person be obliged to pay tithes, taxes, or other rates for building or repairing any church or churches, place or places of worship, or has deliberately and voluntarily engaged to perform.

**And take further judicial notice:** Pursuant to 1844 *New Jersey Constitution* Article I. Rights and Privileges. 7. The right of trial by jury shall remain inviolate; but the Legislature may authorize the trial of civil suits, when the matter in dispute does not exceed fifty dollars, by a jury of six men.

**And take further judicial notice:** Pursuant to 1844 *New Jersey Constitution* Article I. Rights and Privileges. 19. This enumeration of rights and privileges shall not be construed to impair or deny others retained by the people.

**And take further judicial notice:** Pursuant to 1844 *New Jersey Constitution* ARTICLE IV. Legislative. Section VII. 3. The Legislature shall not pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or depriving a party of any remedy for enforcing a contract which existed when the contract was made.

**And take further judicial notice:** Pursuant to 1844 *New Jersey Constitution* ARTICLE VI. JUDICIARY SECTION I. 1. The judicial power shall be vested in a court of errors and appeals in the last resort in all cases as heretofore; a court for the trial of impeachments; a court of chancery; a prerogative court; a supreme court; circuit courts, and such inferior courts as now exist, and as may be hereafter ordained and established by law; which inferior courts the legislature may alter or abolish, as the public good shall require.

*Constitution of New Jersey 1844 ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.12. The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1ˢᵗ Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©℠™

**And take further judicial notice: Pursuant to 1844** *New Jersey Constitution* **ARTICLE VI. JUDICIARY SECTION V. 2.** The circuit courts shall be held in every county of this State, by one or more of the justices of the supreme court, or a judge appointed for that purpose, and shall, in all cases within the county except in those of criminal nature, have common law jurisdiction, concurrent with the supreme court; and any final judgment of a circuit court may be docketed in the supreme court, and shall operate as a judgment obtained in the supreme court from the time of such docketing.

Wherefore, *Britt, Terence Lee*, a man, Prosecutor respectfully requests that this Court:

A.  Grant a permanent injunction enjoining the Wrongdoer(s), Department of Children and Families, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in employment practices which discriminate on the basis of religion;

B.  Order the Wrongdoer(s) to institute and carry out policies, practices, and programs which eradicate the effects of its past and present unlawful employment practices;

C.  Order the Wrongdoer(s) to pay Terence Lee Britt punitive damages for its malice or reckless indifference to his federally secured and protected rights described above for said sum of *Seven Million Five-Hundred thousand* dollars ($7,500,000.00) as the penalty under the laws aforesaid, and for his costs in this suit; and grant such further relief, in law and equity, all in lawful money of the United States of America, as the Court deems just and proper;

## DEMAND FOR TRIAL BY JURY

*Britt, Terence Lee*, a man, prosecutor hereby demands a Trial by Jury, for said matters at issue, in said court;

i say here and will verify in open court that all herein be true;

Respectfully Submitted,

Executed on this _____19_____, day of May, 2021

By: _____ (seal)
Britt, Terence Lee, man; held in trust, without the
United States, not in individual capacity, All Rights Reserved

Ver ified

State of New Jersey
County of *Camden*, ss.

*Britt*, Terence Lee, a man; of full age, New Jerseyan, being duly sworn, or affirmed according to law, on his oath saith: That he is the claimant in the bill hereto annexed and has read the same: That the facts, matters and things therein set forth, except only as to those stated on information and belief, are true of his own knowledge, and as to such matters, facts and things as are set forth therein on information and belief, he believes them to be true;

Sworn, or affirmed to and subscribed before me ___19___, day of May, 2021;

Notary Public _____                          **SEAL**

TAMY GHANEM
NOTARY PUBLIC OF NEW JERSEY
Commission # 50126629
My Commission Expires 4/29/2026

Britt, Terence Lee Registered Owner of
BRITT, TERENCE LEE corp sole. Dba
TERENCE LEE BRITT
care of: Benigno Blvd, [421] Box 1753,
at Bellmawr, county Camden
state New Jersey republic,
one of the several States of the Union
Near. [08099-9998]
The United States of America



*Constitution of New Jersey 1844* **ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.12.**
*The military shall be in strict subordination to the civil power.* Notice of
Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1ˢᵗ Lien
Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©®™

TO:
Attorney General: Gurbir Grewal dba
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3508

CC:
Clerk of Superior Court:
Michelle M. Smith dba
Clerk of Superior Court
Richard J. Hughes Justice Complex,
P.O. Box 971
Phone: (609) 421-6100
Fax: (609) 292-6564

CC:
SARAH M. ADELMAN,
dba Acting Commissioner of the Department of Human Services
Department of Human Services
222 South Warren Street
PO Box 700
Trenton, New Jersey, 08625-0700

CC: CHRISTINE NORBUT BEYER, dba Director of the Department of Children & Families
(State government office in Trenton, New Jersey),
Department of Children and Families
PO Box 729
Trenton, New Jersey 08625-0729

[NO FURTHER TEXT ON THIS PAGE]
"
"
"

CLAIM: TRESPASS: [TORT] TRIAL BY JURY DEMAND          5 of 10
COMMON LAW JURISDICTION

*Constitution of New Jersey 1844* ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.12. *The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1st Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©®™

## CERTIFICATE OF SERVICE

I, Britt, Terence Lee, man; for BRITT, TERENCE LEE, corp. sole dba TERENCE LEE BRITT is to certify that I have this day served PHIL MURPHY, as Governor of the State of New Jersey;
SARAH M. ADELMAN, as Acting Commissioner of the Department of Human Services;
CHRISTINE NORBUT BEYER, as Director of the Department of Children & Families with this NOTICE:

**CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW JURISDICTION** by

CERTIFIED MAIL: #_____ Delivery thereon to ensure delivery to:

Attorney General: Gurbir Grewal
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3508

Executed on this _____, day of _____, 2021

(seal)

By: _____
Britt, Terence Lee, man; held in trust, without the<br>United States, not in individual capacity, All Rights Reserved

CC:
Clerk of Superior Court:
Michelle M. Smith dba
Clerk of Superior Court
Richard J. Hughes Justice Complex,
P.O. Box 971
Phone: (609) 421-6100
Fax: (609) 292-6564

CC:
SARAH M. ADELMAN,
dba Acting Commissioner of the Department of Human Services
Department of Human Services
222 South Warren Street
PO Box 700
Trenton, New Jersey, 08625-0700

CC: CHRISTINE NORBUT BEYER, dba Director of the Department of Children & Families
(State government office in Trenton, New Jersey),
Department of Children and Families
PO Box 729
Trenton, New Jersey 08625-0729

[NO FURTHER TEXT ON THIS PAGE]
"
"
"

*Constitution of New Jersey 1844 ARTICLE I. BILL OF RIGHTS AND PRIVILEGES. 12. The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1st Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©®™

## CERTIFICATE OF SERVICE

I, Britt, Terence Lee, man; for BRITT, TERENCE LEE, corp. sole dba TERENCE LEE BRITT is to certify that I have this day served PHIL MURPHY, as Governor of the State of New Jersey;
SARAH M. ADELMAN, as Acting Commissioner of the Department of Human Services;
CHRISTINE NORBUT BEYER, as Director of the Department of Children & Families with this NOTICE:

**CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW JURISDICTION** by

CERTIFIED MAIL: #_____ Delivery thereon to ensure delivery to:


Clerk of Superior Court:
Michelle M. Smith dba
Clerk of Superior Court
Richard J. Hughes Justice Complex,
P.O. Box 971
Phone: (609) 421-6100
Fax: (609) 292-6564


Executed on this _____, day of _____, 2021

(seal)

By: _____
Britt, Terence Lee, man; held in trust, without the
United States, not in individual capacity, All Rights Reserved

CC: SARAH M. ADELMAN,
dba Acting Commissioner of the Department of Human Services
Department of Human Services
222 South Warren Street
PO Box 700
Trenton, New Jersey, 08625-0700

CC: CHRISTINE NORBUT BEYER, dba Director of the Department of Children & Families
(State government office in Trenton, New Jersey),
Department of Children and Families
PO Box 729
Trenton, New Jersey 08625-0729

CC: Attorney General: Gurbir Grewal
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3508


[NO FURTHER TEXT ON THIS PAGE]
"
"
"

*Constitution of New Jersey 1844 ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.12. The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1ˢᵗ Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©℠

## CERTIFICATE OF SERVICE

I, Britt, Terence Lee, man; for BRITT, TERENCE LEE, corp. sole dba TERENCE LEE BRITT is to certify that I have this day served PHIL MURPHY, as Governor of the State of New Jersey;
SARAH M. ADELMAN, as Acting Commissioner of the Department of Human Services;
CHRISTINE NORBUT BEYER, as Director of the Department of Children & Families with this **NOTICE:**

**CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW JURISDICTION** by

CERTIFIED MAIL: #_____ Delivery thereon to ensure delivery to:


SARAH M. ADELMAN,
dba Acting Commissioner of the Department of Human Services
Department of Human Services
222 South Warren Street
PO Box 700
Trenton, New Jersey, 08625-0700


Executed on this _ _ _ _ _ _ _ _, day of _ _ _ _ _ _ _ , 2021

(seal)

By: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Britt, Terence Lee, man; held in trust, without the
United States, not in individual capacity, All Rights Reserved


CC: CHRISTINE NORBUT BEYER, dba Director of the Department of Children & Families
(State government office in Trenton, New Jersey),
Department of Children and Families
PO Box 729
Trenton, New Jersey 08625-0729

CC: Attorney General: Gurbir Grewal
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3508

CC: Clerk of Superior Court:
Michelle M. Smith dba
Clerk of Superior Court
Richard J. Hughes Justice Complex,
P.O. Box 971
Phone: (609) 421-6100
Fax: (609) 292-6564

[NO FURTHER TEXT ON THIS PAGE]
"
"

CLAIM: TRESPASS: [TORT] TRIAL BY JURY DEMAND           8 of 10
COMMON LAW JURISDICTION

*Constitution of New Jersey 1844 ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.12.*
*The military shall be in strict subordination to the civil power.* Notice of
Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1ˢᵗ Lien
Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©℠

## CERTIFICATE OF SERVICE

I, Britt, Terence Lee, man; for BRITT, TERENCE LEE, corp. sole dba TERENCE LEE BRITT is to certify that I
have this day served PHIL MURPHY, as Governor of the State of New Jersey;
SARAH M. ADELMAN, as Acting Commissioner of the Department of Human Services;
CHRISTINE NORBUT BEYER, as Director of the Department of Children & Families with this NOTICE:

**CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW JURISDICTION** by

CERTIFIED MAIL: #_____ Delivery thereon to ensure delivery to:


CHRISTINE NORBUT BEYER, dba Director of the Department of Children & Families
(State government office in Trenton, New Jersey),
Department of Children and Families
PO Box 729
Trenton, New Jersey 08625-0729


Executed on this _____, day of _____, 2021

(seal)

By: _____
Britt, Terence Lee, man; held in trust, without the
United States, not in individual capacity, All Rights Reserved


CC: Attorney General: Gurbir Grewal
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3S08

CC: Clerk of Superior Court:
Michelle M. Smith dba
Clerk of Superior Court
Richard J. Hughes Justice Complex,
P.O. Box 971
Phone: (609) 421-6100
Fax: (609) 292-6564

CC: SARAH M. ADELMAN,
dba Acting Commissioner of the Department of Human Services
Department of Human Services
222 South Warren Street
PO Box 700
Trenton, New Jersey, 08625-0700


[NO FURTHER TEXT ON THIS PAGE]
"
"
"

*Constitution of New Jersey 1844 ARTICLE I. BILL OF RIGHTS AND PRIVILEGES.12. The military shall be in strict subordination to the civil power.* Notice of Special Restricted Appearance: Britt, Terence Lee Beneficial Owner 1ˢᵗ Lien Holder of BRITT, TERENCE LEE Estate d/b/a TERENCE LEE BRITT©®™

**AFFIDAVIT OF NOTARY'S PRESENTMENT CERTIFICATION OF MAILING FOR NOTICE: CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW JURISDICTION** The legislature shall not pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or depriving a party of any remedy for enforcing a contract which existed when the contract was made; **CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW] FOR NAME: BRITT, TERENCE LEE dba TERENCE LEE BRITT;**

State of New Jersey     )
                        )ss.
County of _____     )

Be it known that I,_____, a duly empowered Notary Public, in and for the STATE OF New Jersey, County of _____, a third party to the matter, for the sole purpose of certifying a response or want thereof, at the request of_____ did present on this _____ day of_____ 2021.

It is hereby certified that on the date noted above that the undersigned Notary Public Mailed to:

To: Gurbir Grewal dba Attorney General
State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex,
25 Market Street,
Trenton, New Jersey 08625-0080
Phone: (609) 292-4925
Fax: (609) 292-3508

Hereinafter, "Recipient" the document and sundry papers which include the Following:

**1. AFFIDAVIT OF NOTARY'S PRESENTMENT CERTIFICATION OF MAILING FOR NOTICE: CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW** The legislature shall not pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or depriving a party of any remedy for enforcing a contract which existed when the contract was made; **CLAIM: TRESPASS [Tort]; and TRIAL BY JURY DEMAND COMMON LAW] FOR NAME: BRITT, TERENCE LEE dba TERENCE LEE BRITT;**

Return Receipt attached by placing the same in postpaid envelope, properly addressed to Recipient at the said address [certified mail]# _____

I have hereunto set my hand and seal of office on this _____ day of_____, 2021,

Notary Public_____

                                                        Seal

[NO FURTHER TEXT ON THIS PAGE]
"
"
"

# Exhibit A

Constitution of New Jersey - 1844

State of New Jersey



*Page 1*

(click image
to enlarge)

Constitution agreed upon by the delegates of the people of New Jersey, in Convention, begun at Trenton on the fourteenth day of May, and continued to the twenty-ninth day of June in the year of our Lord one thousand eight hundred and forty four.

We, the people of the State of New Jersey, grateful to Almighty God for the civil and religious liberty which He hath so long permitted us to enjoy, and looking to Him for a blessing upon our endeavours to secure and transmit the same unimpaired to succeeding generations, do ordain and establish this constitution.

Article I. Rights and Privileges.

1. All men are by nature free and independent, and have certain natural and unalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property, and of pursuing and obtaining safety and happiness.

2. All political power is inherent in the people. Government is instituted for the protection, security, and benefit of the people, and they have the right at all times to alter or reform the same, whenever the public good may require it.

3. No person shall be deprived of the inestimable privilege of worshipping Almighty God in a manner agreeable to the dictates of his own conscience; nor under any pretence whatever be compelled to attend any place of worship contrary to his faith and judgment; nor shall any person be obliged to pay tithes, taxes, or other rates for building or repairing any church or churches, place or places of worship, or for the maintenance of any minister or ministry, contrary to what he believes to be right, or has deliberately and voluntarily engaged to perform.

4. There shall be no establishment of one religious sect in preference to another; no religious test shall be required as a qualification for any office or public trust; and no person shall be denied the enjoyment of any civil right merely on account of his religious principles.

5. Every person may freely speak, write, and publish his sentiments on all subjects, being responsible for the abuse of that right. No law shall be passed to restrain or abridge the liberty of speech or of the press. In all prosecutions or indictments for libel, the truth may be given in evidence to the jury; and if it shall appear to the jury that the matter charged as libellous is true, and was published with good motives and for justifiable ends, the party shall be acquitted; and the jury shall have the right to determine the law and the fact.

6. The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated; and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the papers and things to be seized.



*Page 2*          (click image
to enlarge)

7. The right of trial by jury shall remain inviolate; but the Legislature may authorize the trial of civil suits, when the matter in dispute does not exceed fifty dollars, by a jury of six men.

8. In all criminal prosecutions the accused shall have the right to a speedy and public trial by an impartial jury; to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favour, and to have the assistance of Counsel in his defence.

9. No person shall be held to answer for a criminal offence, unless on the presentment or indictment of a grand jury, except in cases of impeachment, or in cases cognizable by Justices of the peace, or arising in the army or navy; or in the militia, when in actual service in time of war or public danger.

10. No person shall after acquittal, be tried for the same offence. All persons shall, before conviction, be bailable by sufficient sureties, except for capital offences, when the proof is evident or presumption great.

11. The privilege of the writ of Habeas Corpus shall not be suspended, unless in case of rebellion or invasion the public safety may require it.

12. The military shall be in strict subordination to the civil power.

13. No soldier shall, in time of peace, be quartered in any house without the consent of the owner, nor in time of war except in a manner prescribed by law.

14. Treason against the State shall consist only in levying war against it, or in adhering to its enemies, giving them aid and comfort. No person shall be convicted of treason, unless on the testimony of two witnesses to the same overt act, or on confession in open court.

15. Excessive bail shall not be required, excessive fines shall not be imposed, and cruel and unusual punishments shall not be inflicted.

16. Private property shall not be taken for public use without just compensation; but land may be taken for public highways as heretofore until the legislature shall direct compensation to be made.

17. No person shall be imprisoned for debt in any action, or on any judgment founded upon contract, unless in cases of fraud; nor shall any person be imprisoned for a militia fine in time of peace.

18. The people have the right freely to assemble together, to consult for the common good, to make known their opinions to their representatives, and to petition for redress of grievances.

19. This enumeration of rights and privileges shall not be construed to impair or deny others retained by the people.

Article II. Right of Suffrage.

1. Every white male citizen of the United States, of the age of twenty-one years, who shall have been a resident of this State one year, and of the county, in which he claims his vote five months, next before the election, shall be entitled to vote for all officers that now are, or hereafter may be elective by the people; provided, that no person in



*Page 3*          (click image
to enlarge)

the military, naval, or marine service of the United States shall be considered a resident in this State, by being stationed in any garrison, barrack, or military or naval place or station within this State, and no pauper idiot, insane person, or persons convicted of a crime which now excludes him from being a witness unless pardoned or restored by law to the right of suffrage, shall enjoy the right of an elector.

2. The legislature may pass laws to deprive persons of the right of suffrage who shall be convicted of bribery at elections.

Article III. Distribution of the powers of Government.

1. The powers of the government shall be divided into three distinct departments - the Legislative, Executive and Judicial: and no person or persons belonging to, or constituting one of these departments, shall exercise any of the powers properly belonging to either of the others, except as herein expressly provided.

Article IV. Legislative.   Section I.

1. The legislative power shall be vested in a Senate and General Assembly.

2. No person shall be a member of the Senate who shall not have attained the age of thirty years, and have been a citizen and inhabitant of the state for four years, and of the county for which he shall be chosen one year, next before his election; and no person shall be a member of the General Assembly who shall not have attained the age of twenty-one years, and have been a citizen and inhabitant of the state for two years, and of the county for which he shall be chosen one year next before his election; provided, that no person shall be eligible as a member of either house of the legislature, who shall not be entitled to the right of suffrage.

3. Members of the Senate and General Assembly shall be elected yearly and every year, on the second Tuesday of October; and the two houses shall meet separately on the second Tuesday in January next after the said day of election, at which time of meeting the legislative year shall commence; but the time of holding such election may be altered by the legislature.

Section II.

1. The Senate shall be composed of one Senator from each County in the State, elected by the legal voters of the Counties, respectively, for three years.

2. As soon as the Senate shall meet after the first election to be held in pursuance of this Constitution, they shall be divided as equally as may be into three classes. The seats of the Senators of the first class shall be vacated at the expiration of the first year; of the second class at the expiration of the second year; and of the third class at the expiration of the third year, so that one class may be elected every year: and if vacancies happen, by resignation or otherwise, the persons elected to supply such vacancies shall be elected for the unexpired terms only.

Section III.

1. The General Assembly shall be composed of members annually elected by the legal voters of the Counties, respectively, who shall be apportioned among the said Counties as nearly as may be according to the number of their inhabitants. The present apportionment shall continue until the next census of the United States shall have been taken, and an apportionment of members of the General Assembly shall be made by the legislature at its first session after the next and every subsequent enumeration or census, and when made shall remain unaltered until another enumeration shall have been taken; provided, that each county shall at all times be entitled to one member: and the whole number of members shall never exceed sixty.

Section IV.

1.        Each house shall direct writs of election for supplying vacancies, occasioned by death, resignation, or



*Page 4*            (click image
to enlarge).

otherwise; but if vacancies occur during the recess of the legislature, the writs may be issued by the Governor, under such regulations as may be prescribed by law.

2. Each house shall be the judge of the elections, returns, and qualifications of its own members, and a majority of each shall constitute a quorum to do business; but a smaller number may adjourn from day to day, and may be authorized to compel the attendance of absent members, in such manner, and under such penalties, as each house may provide.

3. Each house shall choose its own officers, determine the rules of its proceedings, punish its members for disorderly behaviour, and, with the concurrence of two-thirds, may expel a member.

4. Each house shall keep a journal of its proceedings, and from time to time publish the same; and the yeas and nays of the members of either house on any question shall, at the desire of one-fifth of those present, be entered on the journal.

5. Neither house, during the session of the legislature, shall, without the consent of the other, adjourn for more than three days, nor to any other place than that in which the two houses shall be sitting.

6. All bills and joint resolutions shall be read three times in each house, before the final passage thereof; and no bill or joint resolution shall pass, unless there be a majority of all the members of each body personally present and agreeing thereto; and the yeas and nays of the members voting on such final passage shall be entered on the journal.

7. Members of the Senate and General Assembly shall receive a compensation for their services, to be ascertained by law, and paid out of the treasury of the State; which compensation shall not exceed the sum of three dollars per day for the period of forty days from the commencement of the session; and shall not exceed the sum of one dollar and fifty cents per day for the remainder of the ____ session. When convened in extra session by the Governor, they shall receive such sum as shall be fixed for the first forty days of the ordinary session. They shall also receive the sum of one dollar for every ten miles they shall travel, in going to and returning from their place of meeting, on the most usual route. The president of the Senate and the speaker of the house of assembly shall, in virtue of their offices, receive an additional compensation, equal to one-third of their per diem allowance as members.

8. Members of the Senate and General Assembly shall, in all cases except treason, felony, and breach of the peace, be privileged from arrest during their attendance at the sitting of their respective houses, and in going to and returning from the same: and for any speech or debate, in either house, they shall not be questioned in any other place.

Section V.

1. No member of the Senate or General Assembly shall, during the time for which he was elected, be nominated or appointed by the Governor or by the legislature in joint meeting, to any civil office under the authority of this State, which shall have been created, or the emoluments whereof shall have been increased, during such time.

2.      If any member of the Senate or General Assembly shall be elected to represent this State in the Senate or House of Representatives of the United States, and shall accept thereof, or shall accept of any office or appointment under the Government of the United States, his seat in the legislature of this State shall thereby be vacated



*Page 5*

(click image to enlarge)

3. No Justice of the Supreme Court, nor Judge of any other Court, Sheriff, Justice of the peace, nor any person or persons possessed of any office of profit under the government of this State shall be entitled to a seat either in the Senate or in the General Assembly; but on being elected and taking his seat, his office shall be considered vacant; and no person holding any office of profit under the Government of the United States shall be entitled to a seat in either house.

Section VI.

1. All bills for raising revenue shall originate in the House of Assembly, but the Senate may propose or concur with amendments, as on other bills.

2. No money shall be drawn from the treasury but for appropriations made by law.

3. The credit of the State shall not be directly or indirectly loaned in any case.

4. The legislature shall not, in any manner, create any debt or debts, liability or liabilities, of the State, which shall singly or in the aggregate with any previous debts or liabilities at any time exceed one hundred thousand dollars, except for purposes of war, or to repel invasion, or to suppress insurrection, unless the same shall be authorized by a law for some single object or work, to be distinctly specified therein; which law shall provide the ways and means, exclusive of loans, to pay the interest of such debt or liability as it falls due, and also to pay and discharge the principal of such debt or liability within thirty-five years from the time of the contracting thereof, and shall be irrepealable until such debt or liability and the interest thereon, are fully paid and discharged; and no such law shall take effect until it shall, at a general election, have been submitted to the people, and have received the sanction of a majority of all the votes cast for and against it at such election; and all money to be raised by the authority of such law shall be applied only to the specific object stated therein, and to the payment of the debt

thereby created. This section shall not be construed to refer to any money that has been, or may be, deposited with this State by the Government of the United States.

Section VII.

1. No divorce shall be granted by the legislature.

2. No lottery shall be authorized by this State, and no ticket in any lottery not authorized by a law of this State shall be bought or sold within the State.

3. The legislature shall not pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or depriving a party of any remedy for enforcing a contract which existed when the contract was made.

4. To avoid improper influences which may result from intermixing in one and the same act such things as have no proper relation to each other, every law shall embrace but one object, and that shall be expressed in the title.

5. The laws of this State shall begin in the following style: "Be it enacted by the Senate and General Assembly of the State of New Jersey."

6.         The fund for the support of free schools, and all money, stock, and other property, which may hereafter be appropriated for that purpose, or received into the treasury under the provisions of any law heretofore paid to augment the said fund, shall be securely invested, and remain a perpetual fund; and the income thereof, except so much as it may be judged expedient to apply to an increase of the capital, shall be annually appropriated to the support of public schools, for the equal



*Page 6*

(click image
to enlarge)

benefit of all the people of the State; and it shall not be competent for the legislature to borrow, appropriate, or use the said fund or any part thereof, for any other purpose, under any pretence whatever.

7. No private or special law shall be passed authorizing the sale of any lands belonging in whole or in part to a minor or minors or other persons who may at the time be under any legal disability to act for themselves.

8. The assent of three-fifths of the members elected to each house shall be requisite to the passage of every law for granting, continuing, altering, amending, or renewing charters for banks or money corporations; and all such charters shall be limited to a term not exceeding twenty years.

9. Individuals or private corporations shall not be authorized to take private property for public use, without just compensation first made to the owners.

10. The legislature may vest in the Circuit Courts, or Courts of Common Pleas within the several Counties of this State Chancery powers, so far as relates to the foreclosure of mortgages, and sale of mortgaged premises.

Section VIII.

1. Members of the legislature, shall, before they enter on the duties of their respective offices, take and subscribe the following oath or affirmation: " I do solemnly swear, (or affirm, as the case may be,) that I will support the Constitution of the United States and the Constitution of the State of New Jersey, and that I will faithfully discharge the duties of Senator (or member of the General Assembly, as the case may be) according to the best of my ability." And members elect of the Senate or General Assembly are hereby empowered to administer to each other the said oath or affirmation.

Article V. Executive.

1. The executive power shall be vested in a Governor.

2. The Governor shall be elected by the legal voters of this State. The person having the highest number of votes shall be the Governor; but if two or more shall be equal and highest in votes, one of them shall be chosen Governor by the vote of a majority of the members of both houses in joint meeting. Contested elections for the office of Governor shall be determined in such manner as the legislature shall direct by law. When a governor is to be elected by the people, such election shall be held at the time when and at the places where the people shall respectively vote for members of the legislature.

3. The Governor shall hold his office for three years, to commence on the third Tuesday of January next ensuing the election for Governor by the people, and to end on the Monday preceding the third Tuesday of January, three years thereafter: and he

shall be incapable of holding that office for three years next after his term of service shall have expired: and no appointment or nomination to office shall be made by the Governor during the last week of his said term.

4. The Governor shall be not less than thirty years of age, and shall have been for twenty years, at least, a citizen of the United States, and a resident of this State Seven years next before his election, unless he shall have been absent during that time on the public business of the United States or of this State.

5.      The Governor shall at stated times, receive for his services a compensation which shall be neither increased nor diminished during the period for which he shall have been elected.



*Page 7*

(click image to enlarge)

6. He shall be the Commander in Chief of all the military and naval forces of the State; he shall have power to convene the legislature whenever in his opinion public necessity requires it; he shall communicate by message to the legislature at the opening of each session, and at such other times as he may deem necessary, the condition of the State, and recommend such measures as he may deem expedient; he shall take care that the laws be faithfully executed, and grant, under the great seal of the State, commissions to all such officers as shall be required to be commissioned.

7. Every bill which shall have passed both houses shall be presented to the Governor: if he approve he shall sign it, but if not he shall return it, with his objections, to the house in which it shall have originated, who shall enter the objections at large on their journal, and proceed to reconsider it; if, after such reconsideration, a majority of the whole number of that house shall agree to pass the bill, it shall be sent, together with the objections, to the other house, by which it shall likewise be reconsidered, and if approved of by a majority of the whole number of that house, it shall become a law; but, in neither house shall the vote be taken on the same day on which the bill shall be returned to it: and in all such cases, the votes of both houses shall be determined by yeas and nays, and the names of the persons voting for and against the bill shall be entered on the journal of each house respectively. If any bill shall not be returned by the Governor, within five days (Sunday excepted) after it shall have been presented to him, the same shall be a law in like manner as if he had signed it, unless the legislature by their adjournment, prevent its return in which case it shall not be a law.

8. No member of Congress, or person holding an office under the United States, or this State, shall exercise the office of Governor; and in case the Governor, or person administering the Government shall accept any office under the United States or this State, his office of Governor shall thereupon be vacant.

9. The Governor, or person administering the government, shall have power to suspend the collection of fines and forfeitures, and to grant reprieves, to extend until the expiration of a time not exceeding ninety days after conviction; but this power shall not extend to cases of impeachment.

10. The Governor, or person administering the government, the chancellor, and the six Judges of the Court of Errors and Appeals, or a major part of them, of whom the Governor or person administering the government, shall be one, may remit fines and forfeitures, and grant pardons, after conviction, in all cases except impeachment.

11. The Governor and all other civil officers under this State shall be liable to impeachment for misdemeanor in office during their continuance in office and for two years thereafter.

12. In case of the death, resignation, or removal from office of the Governor, the powers, duties, and emoluments of the office, shall devolve upon the President of the Senate, and in case of his death, resignation or removal, then upon the Speaker of the House of Assembly, for the time being until another Governor shall be elected and qualified; but in such case another Governor shall be chosen at the next election for member of the Legislature, unless such death, resignation or removal, shall occur within thirty days immediately preceding such next election, in which case a Governor shall be chosen at the second succeeding election for members of the legislature. When a vacancy happens, during the recess of the legislature in any office which is to be filled by the Governor and Senate, or by the Legislature in joint meeting, the Governor



*Page 8*  (click image
to enlarge)

shall fill such vacancy and the commission shall expire at the end of the next session of the Legislature, unless a successor shall be sooner appointed: when a vacancy happens in the office of Clerk or Surrogate of any County, the Governor shall fill such vacancy, and the Commission shall expire when a successor is elected and qualified.

13. In case of the impeachment of the Governor, his absence from the State or inability to discharge the duties of his office, the powers, duties and immoluments of the office shall devolve upon the President of the Senate; and in case of his death, resignation or removal, then upon the Speaker of the house of Assembly for the time being, until the Governor absent, or impeached shall return or be acquitted, or until the disqualification or inability shall cease, or until a new Governor be elected and qualified.

14. In case of a vacancy in the office of Governor from any other cause than those herein enumerated, or in case of the death of the Governor Elect before he is qualified into office, the powers, duties and emoluments of the office shall devolve upon the President of the Senate, or Speaker of the House of Assembly, as above provided for, until a new Governor be elected and qualified.

Article VI. Judiciary.

Section I.

1. The Judicial power shall be vested in a Court of Errors and Appeals in the last resort in all causes as heretofore; a Court for the trial of impeachments; a Court of Chancery; a Prerogative Court; a Supreme Court; Circuit Courts, and such inferior Courts as now exist, and as may be hereafter ordained and established by law; which Inferior Courts the Legislature may alter or abolish, as the public good shall require.

Section II.

1. The Court of Errors and Appeals shall consist of the Chancellor, the Justices of the Supreme Court, and six Judges, or a major part of them; which Judges are to be appointed for six years.

2. Immediately after the Court shall first assemble, the six Judges shall arrange themselves in such manner that the seat of one of them shall be vacated every year, in order that thereafter one Judge may be annually appointed.

3. Such of the six judges as shall attend the Court shall receive, respectively, a per diem compensation, to be provided by law.

4. The Secretary of State shall be the clerk of this Court.

5. When an appeal from an order or decree shall be heard the Chancellor shall inform the court, in writing, of the reasons for his order or decree; but he shall not sit as a member, or have a voice in the hearing or final sentence.

6. When a writ of Error shall be brought, no Justice who has given a Judicial opinion in the cause in favor of or against any Error complained of, shall sit as a member, or have a voice on the hearing, or for its affirmance or reversal; but the reasons for such opinion shall be assigned to the Court in writing.

Section III.

1.       The House of Assembly shall have the sole power of impeaching by a vote of a majority of all the members; and all impeachments shall be tried by the Senate: the members, when sitting for that purpose, to be on oath or affirmation "truly and impartially to try and determine the charge in question according to evidence:" and no person shall be convicted without the concurrence of two-thirds of all the members of the Senate.



*Page 9*

(click image
to enlarge)

2. Any Judicial officer impeached shall be suspended from exercising his office until his acquittal.

3. Judgment in cases of impeachment shall not extend farther than to removal from office, and to disqualification to hold and enjoy any office of honor, profit or trust under this State; but the party convicted shall nevertheless be liable to indictment, trial and punishment according to law.

4. The Secretary of State shall be the Clerk of this court.

Section IV.

1. The Court of Chancery shall consist of a Chancellor.

2. The Chancellor shall be the Ordinary or Surrogate General, and Judge of the Prerogative Court.

3. All persons aggrieved by any order, sentence or decree of the Orphans Court, may appeal from the same, or from any part thereof to the Prerogative Court; but such order, sentence, or decree shall not be removed into the Supreme Court, _____ or Circuit Court if the subject matter thereof be within the jurisdiction of the Orphans Court.

4. The Secretary of State shall be the register of the Prerogative Court, and shall perform the duties required of him by law in that respect.

Section V.

1. The Supreme Court shall consist of a Chief Justice and four associate Justices. The number of associate Justices may be increased or decreased by law, but shall never be less than two.

2. The Circuit Courts shall be held in every County of this State, by one or more of the Justices of the Supreme Court, or a Judge appointed for that purpose; and shall in all cases within the County, except in those of a criminal nature, have common law jurisdiction, concurrent with the Supreme Court; and any final judgment of a Circuit Court may be docketed in the Supreme Court, and shall operate as a Judgment obtained in the Supreme Court from the time of such docketing.

3. Final judgments in any Circuit Court may be brought by writ of Error into the Supreme Court, or directly into the Court of Errors and Appeals.

Section VI.

1. There shall be no more than five Judges of the Inferior Court of Common Pleas in each of the Counties in this State after the terms of the Judges of said Court now in office shall terminate. One Judge for each County shall be appointed every year, and no more, except to fill vacancies which shall be for the unexpired term only.

2. The commissions for the first appointments of Judges of said Court shall bear date and take effect on the first day of April next; and all subsequent commissions for Judges of said Court shall bear date and take effect on the first day of April in every successive year, except commissions to fill vacancies which shall bear date and take effect when issued.

Section VII.

1.     There may be elected under this Constitution two, and not more than five, Justices of the Peace in each of the townships of the several Counties of this State, and in each of the Wards, in Cities that may vote in Wards. When a township or ward contains two thousand inhabitants or less, it may have two Justices: when it contains more than two thousand inhabitants, and not more



*Page 10*

(click image
to enlarge)

than four thousand, it may have four Justices: and when it contains more than four thousand inhabitants, it may have five Justices: provided, that whenever any township not voting in wards contains more than seven thousand inhabitants, such Township may have an additional Justice for each additional three thousand inhabitants above four thousand.

2. The population of the Townships in the several Counties of the State and of the several wards shall be ascertained by the last preceding census of the United States, until the Legislature shall provide, by law, some other mode of ascertaining it.

Article VII.
Appointing power and tenure of office.

Section I.
Militia Officers.

1. The Legislature shall provide by law for enrolling, organizing and arming the militia.

2. Captains, Subalterns, and non-commissioned officers, shall be elected by the members of their respective Companies.

3. Field officers of regiments, independent battalions, and squadrons, shall be elected by the commissioned officers of their respective regiments, battalions or squadrons.

4. Brigadier generals, shall be elected by the Field Officers of their respective brigades.

5. Major Generals, shall be nominated by the Governor, and appointed by him, with the advice and consent of the Senate.

6. The Legislature shall provide, by law, the time and manner of electing militia officers, and of certifying their elections to the Governor, who shall grant their commissions, and determine their rank, when not determined by law, —and no Commissioned Officer shall be removed from office, but by the sentence of a Court Martial pursuant to law.

7. In case the electors of Subalterns, Captains, or Field Officers, shall refuse or neglect to make such elections, the Governor shall have power, to appoint such officers, and to fill all vacancies caused by such refusal or neglect.

8. Brigade Inspectors shall be chosen by the Field Officers, of their respective brigades.

9. The Governor shall appoint the Adjutant General, Quarter Master General, and all other militia officers, whose appointment is not otherwise provided for in this Constitution.

10. Major Generals, Brigadier Generals and Commanding officers of regiments, independent battalions, and Squadrons, shall appoint the Staff officers of their divisions, Brigades, regiments, independent battalions, and Squadrons respectively.

Section II.
Civil Officers

1. Justices of the Supreme Court, Chancellor, and Judges of the Court of Errors and Appeals, shall be nominated by the Governor, and appointed by him, with the advice and consent of the Senate. The Justices of the Supreme Court and Chancellor, shall hold their offices for the term of seven years: shall at stated times receive for their services a compensation which shall not be diminished during the



*Page 11*

(click image

to enlarge)

term of their appointments; and they shall hold no other office under the Government of this State or of the United States.

2. Judges of the Courts of Common Pleas shall be appointed by the Senate and General Assembly, in joint meeting. They shall hold their offices for five years; —but when appointed to fill vacancies they shall hold for the unexpired term only.

3. The State Treasurer, and the Keeper and Inspectors of the State Prison shall be appointed by the Senate and General Assembly in Joint meeting. They shall hold their offices for one year, and until their successors shall be qualified into office.

4. The Attorney General, Prosecutors of the Pleas, Clerk of the Supreme Court, Clerk of the Court of Chancery, and Secretary of State shall be nominated by the Governor and appointed by him with the advice and consent of the Senate. They shall hold their offices for five years.

5. The law reporter shall be appointed by the Justices of the Supreme Court or a majority of them; and the Chancery reporter shall be appointed by the Chancellor. They shall hold their offices for five years.

6. Clerks and Surrogates of Counties shall be elected by the people of their respective Counties, at the annual elections for members of the General Assembly. They shall hold their offices for five years.

7. Sheriffs and Coroners, shall be elected annually by the people of their respective counties at the annual elections for members of the General Assembly. They may be re-elected until they shall have served three years but no longer; after which, three years must elapse, before they can be again capable of serving.

8. Justices of the Peace shall be elected by ballot at the annual meetings of the Townships in the several Counties of the State, and of the Wards in the Cities that may vote in Wards, in such manner and under such regulations as may be hereafter provided by law. They shall be commissioned for the County, and their Commissions, shall bear date and take effect on the first day of May next after their election. They shall hold their offices for five years; —but when elected to fill vacancies, they shall hold for the unexpired term only; provided, that the commission of any Justice of the Peace shall become vacant upon his ceasing to reside in the township in which he was elected. The first election for Justices of the Peace, shall take place at the next annual town-meetings of the townships in the several Counties of the State, and of the wards in Cities, that may vote in wards.

9. All other officers, whose appointments are not otherwise provided for by law, shall be nominated by the Governor and appointed by him with the advice and consent of the Senate; and shall hold their offices for the time prescribed by law.

10. All civil officers elected or appointed, pursuant to the provisions of this Constitution shall be commissioned by the Governor.

11.      The term of office of all officers elected or appointed, pursuant to the provisions of this Constitution except when herein otherwise directed, shall commence on the day of the date of their respective commissions; but no commission for any office shall bear date prior to the expiration of the term of the incumbent



*Page 12*       (click image

to enlarge)

of said office.

Article VIII.
General Provisions.

1. The Secretary of State shall be ex officio an auditor of the accounts of the Treasurer, and as such, it shall be his duty to assist the legislature in the annual examination and settlement of said accounts, until otherwise provided by law.

2. The seal of the State shall be kept by the Governor or person administering the government, and used by him officially, and shall be called the great Seal of the State of New Jersey.

3. All grants and commissions shall be in the name and by the authority of the State of New Jersey, sealed with the great seal, signed by the Governor or person administering the government, and countersigned by the Secretary of State, and shall run thus: "The State of New Jersey, to ___ ___, Greeting." All writs shall be in the name of the State; and all indictments shall conclude in the following manner, viz: "against the peace of this State the government and dignity of the same."

4. This Constitution shall take effect and go into operation on the second day of September in the year of our Lord, one thousand eight hundred and forty-four.

Article IX.
Amendments.

Any specific amendment or amendments, to the Constitution may be proposed in the Senate or General Assembly, and if the same shall be agreed to by a majority of the members elected to each of the two houses, such proposed amendment or amendments shall be entered on their journals, with the yeas and nays taken thereon, and referred to the Legislature then next to be chosen, and shall be published for three months previous to making such choice, in at least one news-paper of each County, if any be published therein; and if in the Legislature, next chosen, as aforesaid, such proposed amendment or amendments, or any of them, shall be agreed to by a majority of all the members elected to each House, then it shall be the duty of the Legislature to submit such proposed amendment or amendments, or such of them as may have been agreed to as aforesaid by the two legislatures, to the people, in such manner and at such time, at least four months after the adjournment of the Legislature, as the legislative shall prescribe; and if the people at a special election to be held for that purpose only, shall approve and ratify such amendment or amendments, or any of them by a majority of the electors qualified to vote for members of the legislature voting thereon, such amendment or amendments so approved and ratified shall become part of the constitution: provided that if more than one amendment be submitted, they shall be submitted in such manner and form that the people may vote for, or against each amendment separately and distinctly; but no amendment or amendments shall be submitted to the people by the Legislature oftener than once in five years.

Article X.
Schedule.

That no inconvenience may arise from the change in the constitution of this State, and in order to carry the same into complete operation, it is hereby declared and ordained, that —

1.      The common law and Statute laws now in force not repugnant to this Constitution, shall remain in force until they expire by their own limitation, or be altered or repealed by the Legislature; and all writs, actions, causes of action, prosecutions, contracts, claims and rights of individuals and of bodies corporate, and of the State, and all charters of incorporation, shall continue, and all indictments, which shall have been found, or which may hereafter be found, for any crime or offence committed before the adoption of this Constitution, may be proceeded upon as if no



*Page 13*

(click image
to enlarge)

change had taken place. The several Courts of law and equity, except as herein otherwise provided, shall continue with the like powers and jurisdiction as if this Constitution had not been adopted.

2. All officers now filling any office or appointment, shall continue in the exercise of the duties thereof, according to their respective commissions or appointments, unless by this Constitution it is otherwise directed.

3. The present Governor, Chancellor and Ordinary or Surrogate General, and Treasurer shall continue in office until successors elected or appointed under this Constitution shall be sworn or affirmed into office.

4. In case of the death, resignation, or disability of the present Governor, the person who may be Vice President of Council at the time of the adoption of this Constitution shall continue in office and administer the government until a Governor shall have been elected and sworn or affirmed into office under this Constitution.

5. The present Governor, or in case of his death or inability to act, the Vice President of Council, together, with the present members of the Legislative Council and Secretary of State shall constitute a board of state canvassers, in the manner now provided by law, for the purpose of ascertaining and declaring the result of the next ensuing election for Governor, members of the House of Representatives, and electors of President and Vice President.

6. The returns of the votes for Governor, at the said next ensuing election shall be transmitted to the Secretary of State, the votes counted, and the election declared in the manner now provided by law in the case of the election of Electors of President and Vice President.

7. The Election of Clerks and Surrogates, in those Counties where the term of office of the present incumbents shall expire previous to the general election of eighteen hundred and forty five, shall be held at the general election next ensuing the adoption of this Constitution; the result of which election shall be ascertained in the manner now provided by law for the election of Sheriffs.

8. The elections for the year eighteen hundred and forty four shall take place as now provided by law.

9. It shall be the duty of the Governor to fill all vacancies in office happening between the adoption of this Constitution and the first session of the senate, and not otherwise provided for and the commissions shall expire at the end of the first session of the Senate or when successors shall be elected or appointed and qualified.

10. The restriction of the pay of members of the Legislature, after forty days from the commencement of the session, shall not be applied to the first legislature convened under this Constitution.

11. Clerks of Counties shall be clerks of the Inferior Courts of Common Pleas and Quarter Sessions of the several counties and perform the duties, and be subject to the regulations now required of them by law until otherwise ordained by the Legislature.

12. The Legislature shall pass all laws necessary to carry into effect the provisions of this Constitution.

Done in Convention, at the State House in Trenton, on the twenty-ninth day of June, in the



*Page 14*

(click image to enlarge)

the [sic] year of our Lord, one thousand Eight hundred and forty-four, and of the Independence of the United States of America the sixty eighth.

William Paterson
Secretary
Th. J. Saunders
Assistant Sec'y
Warren P.B. Kennedy Samuel Hibbler Robert S. Kennedy
Somerset P. D. Vroom Ferdinand S. Schenck George H. Brown
Hunterdon Jonathan Pickel David Neighbour Peter I. Clark
Middlesex M. Jaques James Parker Jos. F. Randolph James C. Zabriskie
Mercer Jno. R. Thomson Henry W. Green R. S. Field
Alexander Wurts
President of the Convention

Bergen John Cassedy Abr. Westervelt
Hudson Robt. Gilchrist
Passaic Elias B. D. Ogden Andrew Parsons
Sussex Joseph E. Edsall John Bell Martin Ryerson
Essex Jos. C. Hornblower D'd Naar O.S. Halsted Elias Vanarsdale William Stites
Morris Mahlon Dickerson Francis Child Ephraim Marsh W. Nelson Wood





*Page 15*

(click image to enlarge)

Monmouth George F. Fort Bernard Connolly Thomas G. Haight Daniel Holmes Robt. Laird
Burlington Moses Wills J. J. Spencer Wm. R. Allen Jno. C. Ten Eyck Chas. Stokes
Camden John W. Mickle Abraham Browning
Gloucester Jno. R. Sickler Charles C. Stratton
Atlantic Jonathan Pitney
Salem Jno. H. Lambert Richard P. Thompson Alex'. G. Cattell
Cumberland Wm. Belford Ewing Joshua Brick Daniel Elmer
Cape May Joshua Swain

New Jersey, ss: Be it remembered that on the twenty-ninth day of June in the year of our Lord, one thousand eight hundred and forty-four, the above Constitution was delivered to the Governor of this State, in open Convention by the President thereof - And it is thereupon by the said Governor ordered and directed that the same be filed in the office of the Secretary of State.

Dan'l. Haines, Gov. of N.J.

I hereby ceritfy that the forgoing is a true copy
of the original record on file in the New Jersey
State Archives, Department of State.

_____
Notary Public

5/19/2021
Date

**TAMY GHANEM**
NOTARY PUBLIC OF NEW JERSEY
Commission # 50128628
My Commission Expires 4/29/2025

# Exhibit B

Affidavit

On or about the 4th day of September, 2020, 'Terence Lee Britt' emailed Maxwell Andrea, Assistant Director Office of Human Resources Department of Children and Families (DCF), and also cc: Liest Sheibria, (see Exhibit.) my concerns about a communication I had with Optimix, a prescription drug company, about a refund for out-of-pocket prescription expenses, whereas a refund by said expenses would be honored by Optimix, but incorrect information was in their 'Optimix' database and required that certain information be corrected by my employer (DCF) before said refund could be redeemed. I inquired to (DCF), about the information that is on record in their database, only to be informed their database had not been updated with the new information I had given (DCF) at an earlier date, concerning my change of address and birth date. I soon re-sent the information written-on forms required by (DCF) to make the correct changes. Over time, multiple email exchanges have taken place between, and several directors of (DCF), over the correction of a certain-matter, that has given at my time of my employment at in our "Terence Lee Britt", and to date (DCF) has refused to make any correction and update their system/database with this certain-toured name, this is a violation against my religious beliefs. for, I am not a juridical-person, created by an unknown creator.

By certain actions, and/or in-actions, wrongdoer(s) of this time, to date, still chose not to make the requested changes

I require to make in (DOE) system/database, but instead My and here, I said Terence Lee Britt, in my employment, to carry out certain-duties and assignments under the name of a certain juridical-person, whom creator of said juridical-person is unknown, and to date, recently bring disciplinary actions against I, said Terence Lee Britt, for taking a stand, and not accepting such disrespect, by accepting and carrying out my duties and assignments under this certain juridical-person name;)

Executed on this 19, day of May 2021

By: _Britt Terence Lee_ (signature)

Britt Terence Lee known/held in trust, without the United States, All Rights Reserved Act-in-Individual Capacity;

State of New Jersey
County of Camden, ss.

Britt, Terence Lee, a man's of Atllage, New Jersey, being duly sworn, or affirmed, abiding to law on his oath, earth; That the facts set forth in the foregoing statement as the basis of claim are true; Sworn, or affirmed and subscribed before me Tamy Ghanem Notary Public for the State of New Jersey this 19 day of MAY 2021;

_____ (signature)
Notary

TAMY GHANEM
NOTARY PUBLIC OF NEW JERSEY
Commission # 50128028
My Commission Expires 12/29/2025

[Notary Seal: TAMY GHANEM — NOTARY PUBLIC — NEW JERSEY]

# Exhibit C

Yahoo Mail - refusal to change address/location    Case 3:21-cv-11585-RMB-MJS    Document 1    Filed 05/20/21    Page 31 of 59 PageID: 31

3/14/21, 8:58 PM

# refusal to change address/location

From: TERENCE LEE BRITT (terenceleebritt@yahoo.com)

To:    andrea.maxwell@dcf.nj.gov; sherbria.west@dcf.nj.gov; linda.dobron@dcf.nj.gov

Date: Thursday, October 22, 2020, 03:41 AM EDT

Good morning,

The tax id number provided is assigned for and to Terence Lee Britt; If your Centralized Payroll has questions about the number, they need to contact the Internal Revenue Service; Pursuant to *your* policy, if any, by *my* requirement, the change of address/location has not been updated at this time; Said change of address/location information was submitted to *you,* Sherbria West, on or about April 2020, re-submitted to *you,* Andrea Maxwell, and *you,* Sherbria West, on or about September 2020; i man, require that any discrepancies regarding the tax id number be put in writing from the Department of Treasury, Office of Centralized Payroll and said information forwarded to Terence Lee Britt at this location: Care of: Post Box 1753, at Bellmawr, New Jersey [08099-9998]; i man, require that the address/location be updated post-haste;

Thank you

Terence Lee Britt
For they speak against thee wickedly, and thine enemies take thy name in vain, Psalms 139:20;
Put on the whole armour of God, that ye may be able to stand against the wiles of the devil, Ephesians 6:11;

On Oct 21, 2020, at 4:38 PM, Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov> wrote:

Good Afternoon,
The change of address forms attached that you sent to DCF was where sent to the Department of Treasury, Office of Centralized Payroll for processing.  Please be advised that we received a response that Centralized Payroll cannot complete your change of address due to the fact that the social security number that you provided on the attached forms does not match the social security number in their records.

If you would like to complete a new form with the correct information, we will be more than happy to send it to Centralized Payroll for processing.

Thank you
Andrea

Andrea Maxwell, Assistant Director
Office of Human Resources
Department of Children and Families
609-888-7813 (phone)
609-292-1144 (fax)

From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>

Sent: Friday, September 25, 2020 12:37 AM
To: Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>
Subject: Re: [EXTERNAL] OptumRx

See attached,


Thank you


Terence Lee Britt


> On Sep 22, 2020, at 3:29 PM, Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov> wrote:
>
> Good Afternoon,
> The address form does not have any social security number listed.  As stated before Treasury will not accept these forms with out that information entered onto the form.  Please fill out your social security number so this can be processed.
> Thank you
> Andrea
>
> Andrea Maxwell, Assistant Director
> Office of Human Resources
> Department of Children and Families
> 609-888-7813 (phone)
> 609-292-1144 (fax)
>
>
>
> From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
> Sent: Tuesday, September 15, 2020 7:53 AM
> To: Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>
> Cc: West, Sherbria <Sherbria.West@dcf.nj.gov>
> Subject: Re: [EXTERNAL] OptumRx
>
> Good morning Andrea,
>
> Please see the attached documentation for Terence Lee Britt. The State of New Jersey, Department of Children & Families has a fiduciary duty to ensure that there records as well as Aetna, OptumRx, Horizon, Pensions & Benefits and any other trust account that they created says Terence Lee Britt. This is my religious belief and this is not up for debate as you have a fiduciary duty to ensure that the records are corrected and reflect Terence Lee Britt. If you can not adhere to your fiduciary duty, please let me know so that other remedies can be explored.
>
> Thank you,
>
> Terence Lee Britt
>
>
>
> > On Sep 10, 2020, at 1:53 PM, Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov> wrote:
> >
> > Terence,
> > I am not confirming as such.  In the system your name is Terence L. Britt.  I am not sure when

you changed our name to Terence Lee, however we have a W4 from 2018 you signing the document as Terrence Britt (along with many other documents). We cannot change your name to Terence Lee as your first name without a legal documents. And just so you are aware, if we receive the proper documentation PMIS only gives us so many characters for the first name so it would be entered in the system as TERENCELEE we are unable to put spaces in between names. Which means that everything in our systems and every notice that you receive from us will have your name will have your name as TERENCELEE BRITT.

> > Thank you
> > Andrea
> >
> >
> > -----Original Message-----
> > From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
> > Sent: Thursday, September 10, 2020 5:53 AM
> > To: Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>
> > Cc: West, Sherbria <Sherbria.West@dcf.nj.gov>
> > Subject: Re: [EXTERNAL] OptumRx
> >
> > Good morning Andrea,
> >
> > So, you are confirming that the state has a program that creates juridical persons. As you have confirmed, Terence Lee Britt is the name that was provided when hired. Therefore, it is the only name that is accepted and i will not take responsibility, ownership, or accept documentation for any other names. In addition, I will not accept it from pensions & benefits, OptumRx, Aetna, Horizon, and any other agency where the state and/or DCF has created an account on the behalf of Terence Lee Britt. This needs to be corrected and they need to be notified of the same as they have refused to change it when i have requested it of them. Again, this goes against my religious beliefs.
> >
> > Thank you,
> >
> > Terence Lee Britt
> >
> >
> >
> >> On Sep 9, 2020, at 9:46 AM, Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov> wrote:
> >>
> >> Good Morning Terence,
> >> We went through your personnel file from the time you were hired with the state in 2010 and filled out your paperwork with your first name as Terence you used Lee as your middle name, as well as when you where hired here with DCF. The way that the PMIS system is used, is that it does not have a place for middle names just initials. The PMIS system does not allow for you to have 2 first names, this is something that can not be corrected.
> >> Andrea
> >>
> >>
> >> -----Original Message-----
> >> From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
> >> Sent: Wednesday, September 9, 2020 7:43 AM
> >> To: Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>
> >> Cc: West, Sherbria <Sherbria.West@dcf.nj.gov>
> >> Subject: Re: [EXTERNAL] OptumRx
> >>
> >> Good morning Andrea,
> >>
> >> Yes, that address has not been associated with Terence Lee Britt for more than four months. i will send over a change of address. OptumRx indicated that they have the name Terence L. Britt.

They were advised that the information that they have is incorrect, there is no L in the name as the name is Terence Lee Britt. She advised that it was the information provided by the employer and she could not change it. It is imperative to my religion that it be corrected with them to reflect Terence Lee Britt. There is no Terence Britt, Mr. Terence Britt, Terence L. Britt, or Mr. Terence L. Britt, they are juridical persons and go against my religious beliefs.

> >>
> >> Thank you,
> >>
> >> Terence Lee Britt
> >>
> >>
> >>> On Sep 8, 2020, at 10:18 AM, Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov> wrote:
> >>>
> >>> Hi Terence,
> >>> The address we have on file is 686 W CUTHBERT 152, HADDON TWP NJ, 08108.  If this is not the correct address you will have to fill out the change of address forms that are found at the below link.  Once you fill them out you can forward them to me for processing.
> >>>
> >>> https://myportal.dcf.state.nj.us/hr/forms/Pages/NameAddressChange.aspx
> >>>
> >>> Also, what name did they address you as.  Your name in our system is Terence Lee Britt.
> >>>
> >>> Thank you
> >>> Andrea
> >>>
> >>> Andrea Maxwell, Assistant Director
> >>> Office of Human Resources
> >>> Department of Children and Families
> >>> 609-888-7813 (phone)
> >>> 609-292-1144 (fax)
> >>>
> >>>
> >>>
> >>>
> >>>
> >>> -----Original Message-----
> >>> From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
> >>> Sent: Friday, September 4, 2020 9:59 AM
> >>> To: Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>; West, Sherbria <Sherbria.West@dcf.nj.gov>
> >>> Subject: [EXTERNAL] OptumRx
> >>>
> >>> Good morning,
> >>>
> >>> We have been in contact with OptumRx, the prescription drug company. They currently are trying to refund me over two-thousand $2,000.00 dollars for prescriptions that we paid for out of pocket. They sent a check to an address that we have not been associated with in over four (4) months. In addition, they do not even have the correct name on file. They informed me that this is the information that was provided to them by DCF and they cannot update it or change it. This needs to be corrected as we need to receive the refund with the correct name and information on it. Please advise what needs to be done.
> >>>
> >>> Thank you,
> >>>
> >>>
> >>> Terence Lee Britt
> >>> This E-mail, including any attachments, may be intended solely for the personal and

confidential use of the sender and recipient(s) named above. This message may include advisory,
consultative and/or deliberative material and, as such, would be privileged and confidential and not
a public document. If you have received this e-mail in error, you must not review, transmit, convert
to hard copy, copy, use or disseminate this e-mail or any attachments to it and you must delete
this message. You are requested to notify the sender by return e-mail.
> >>
> >
>
> <BirthCertificate.pdf><address change.pdf>


<info_change_forms.pdf>

# Religion / Inaccurate information

From: TERENCE LEE BRITT (terenceleebritt@yahoo.com)

To: dcf.commissioner@dcf.nj.gov; dcf-dcppdirectorsoffice@dcf.nj.gov; dcfhumres@dcf.nj.gov; dcf_chiefofstaff@dcf.nj.gov

Date: Friday, October 2, 2020, 04:29 PM EDT

Good day all,

TAKE NOTICE, pursuant to 1844-New Jersey Constitution Article 1, No 3 "No person shall be deprived of the inestimable privilege of worshiping Almighty God in a manner agreeable to the dictates of his own conscience; nor under any pretense whatever be compelled to attend any place of worship contrary to his faith and judgment; nor shall any person be obligate to pay tithes, taxes, or other rates for building or repairing any church or churches, place or places of worship, or for the maintenance of any minister or ministry, contrary to what he believes to be right, or has deliberately and voluntarily engaged to perform."

AND TAKE FURTHER NOTICE, i man, Terence Lee Britt is employed by the State of New Jersey, Department of Children & Families. i man, am contacting you as an opportunity to cure my situation with the Department of Children & Families failure to acknowledge my religious beliefs. On or about September 4, 2020. i man, notified the Department of Children & Families, Office of Human Resources management Andrea Maxwell and Sherbria West to inform them of my religion and required of them to correct the record. They were informed that it is my religion that all systems, documentation, correspondence, medical providers, insurance company, pensions & benefits, civil service, and any other trust account that the State of New Jersey Department of Children & Families has created on the behalf of Terence Lee Britt, needs to reflect the God given name Terence Lee Britt. To date this has not been corrected. I have even provided them with the authenticated Certificate of Live Birth for Terence Lee Britt as proof of said God given name. DCF was also informed that Terence L. Britt, Terence Britt, Mr. Terence L. Britt, Mr. Terence Britt, and/or Mr. Britt are juridical persons and it is offensive to said one's religion to be referred to as a name that is not the God given name Terence Lee Britt. Moreover, OptumRx, the prescription medication company has been trying to issue me a refund for more that two thousand dollars ($2,000.00), but has inaccurate information that has been reported to them by DCF. This company has not been able to send it to me for more than four months now because this agency has failed to correct the record and update the information for Terence Lee Britt. To add insult to injury, in April of this year, i man provided DCF with a change of location in which they never updated my location so that this company can send me the check. The one they have on file, Terence Lee Britt has not been associated with since April and here were are in October and this still has not been done. OptumRx received the check back because it was unable to be delivered. This is a lot of money and there is no excuse why this agency has not fulfilled there fiduciary obligation.

AND TAKE FURTHER NOTICE, i man, right to practice and worship Almighty God is not to be deprived and said one should not have to defend this right. i man, should not have to keep asking for the record to be corrected. The State of New Jersey, Department of Children & Families has a fiduciary obligation to Terence Lee Britt to correct the record. if this is not corrected, i man, will have no choice but to consult with counsel to seek lawful remedies. *Your* failure to respond is dishonor. Thereby, *you* are in agreement and binding that *you* are liable for damages.

Giving Almighty God all the praise!!

Thank you for your attention and assistance in this matter,

Ternece Lee Britt,

*God created man in his image ~Genesis 1:27(KJV)

*Blessed are the pure in heart: for they shall see God ~Matthew 5:8(KJV)
*But my God shall supply all *your* need according to his riches in glory by Christ Jesus. ~Philippians 4:19 (KJV)

## Discrimination based on Religion

From:  TERENCE LEE BRITT (terenceleebritt@yahoo.com)

To:      andrea.maxwell@dcf.nj.gov; sherbria.west@dcf.nj.gov

Cc:     linda.dobron@dcf.nj.gov; jillian.hendricks@dcf.nj.gov

Date:  Tuesday, November 24, 2020, 07:36 AM EST


Good day,

TAKE NOTICE, on September 9, 2020, i man, notified *you* Andrea Maxwell and *you* Sherbria West of *my* religion; Said one require *you* Andrea Maxwell and *you* Sherbria West to update the system to reflect the God given name Terence Lee Britt; *You* Andrea Maxwell requested proof of name and on September 15, 2020, said one provided *you* Andrea Maxwell and *you* Sherbria West with the attached authenticated certificate of live birth; As of this 23rd day of November 2020, *you* Andrea Maxwell and *you* Sherbria West continue to discriminate against Terence Lee Britt religion; as previously stated in prior emails, being referred to as Terence Britt, Terence L. Britt, Mr. Terence L. Britt, Mr. Terence Britt, Mr. Terence, and/or Mr. Britt are offensive to *my* religion; moreover, it creates juridical persons that are in no way associated with Terence Lee Britt. *You* Andrea Maxwell and *you* Sherbria West failure to correct the name is dishonor; thereby, *you* Andrea Maxwell and *you* Sherbria West are in agreement and binding that *you* both are liable for damages;

TAKE FURTHER NOTICE, i man, am unable to perform the essential functions of *my* job until the name Terence Lee Britt is reflected in all systems;

Thank you

Terence Lee Britt

"I am the Lord; that is *my name*! I will not yield *my* glory to another or *my* praise to idols" ~Isaiah 42:8~
"Many will come in *my name*, claiming, 'I am he,' and will deceive many" ~Mark 13:16~
"I will say of the Lord, He is *my* refuge and *my* fortress: *my* God; in him will I *trust*" ~Psalms 91:2~

 BirthCertificate.pdf
5.9MB

**From:** TERENCE LEE BRITT terenceleebritt@yahoo.com
**Subject:** Religion / Inaccurate information
**Date:** October 12, 2020 at 7:24 PM
**To:** constituent.relations@nj.gov, lt.governor@nj.gov
**Cc:** dcf-dcppdirectorsoffice@dcf.nj.gov, dcf.commissioner@dcf.nj.gov, dcfhumres@dcf.nj.gov, dcf_chiefofstaff@dcf.nj.gov, linda.dobron@dcf.nj.gov

Good day,

TAKE NOTICE, on Friday October 2, 2020. i man, Terence Lee Britt, sent the below email to the Department of Children & Families Executive management staff, Christine Norbut Beyer d/b/a Commissioner, Carmen Diaz-Petti d/b/a Assistant Commissioner Child Protection & Permanency, Doris Windle d/b/a Chief of Staff, and Linda Dobron d/b/a Assistant Commissioner, Office of Human Resources whom all act under your direction. Said persons have violated my unalienable right to practice religion that is guaranteed to said man pursuant to the 1844 New Jersey Constitution. Said email below was sent to them on October 2, 2020 and no one has reached out to said one. i man, had to obtain a debt that accrues interest because the Department of Children & Families has refused to update said one's name and location so that the prescription company OptumRx can issue a refund. i man, provided this information in April and September of this year and as of today, nothing has been done correct the record. The State of New Jersey, Department of Children and Families has refused to update said God given name Terence Lee Britt, and has refused to honor said one's right to practice religion pursuant to the 1844 New Jersey Constitution. Therefore, i man place you on notice to rectify this matter. If you do not rectify this matter, then your acquiesce will be dishonor. Thereby, you Phillip Murphy d/b/a Governor and Sheila Y. Oliver, d/b/a Lieutenant Governor are binding and in agreement that you directed these persons under your direction to violate my right to practice religion and you have authorized them to created juridical persons. Therefore, you are in agreement and binding that you are liable for damages.

Thank you,

"But I say unto you, Love your enemies, bless them that curse you, do good to them that hate you, and pray for them which despitefully use you, and persecute you; (Matthew 5:44)"

Terence Lee Britt

*For God so loved the world, that he gave his only begotten Son, that whosoever believeth in him should not perish, but have everlasting life. (John 3:16)
*Beloved, let us love one another: for love is of God; and every one that loveth is born of God, and knoweth God.(1st John 4:7)

> From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
> Sent: Friday, October 2, 2020 4:29 PM
> To: DCF Commissioner <DCF.Commissioner@dcf.nj.gov>; DCF DCP&P Director's Office <dcf-dcppdirectorsoffice@dcf.nj.gov>; DCF Human Resources <dcfhumres@dcf.nj.gov>; DCF Chief of Staff <dcf_chiefofstaff@dcf.nj.gov>
> Subject: [EXTERNAL] Religion / Inaccurate information
>
> Good day all,
>
> TAKE NOTICE, pursuant to 1844-New Jersey Constitution Article 1, No 3 "No person shall be deprived of the inestimable privilege of worshiping Almighty God in a manner agreeable to the dictates of his own conscience; nor under any pretense whatever be compelled to attend any place of worship contrary to his faith and judgment; nor shall any person be obligate to pay tithes, taxes, or other rates for building or repairing any church or churches, place or places of worship, or for the maintenance of any minister or ministry, contrary to what he believes to be right, or has deliberately and voluntarily engaged to perform."
>
> AND TAKE FURTHER NOTICE, i man, Terence Lee Britt is employed by the State of New Jersey, Department of Children & Families. i man, am contacting you as an opportunity to cure my situation with the Department of Children & Families failure to acknowledge my religious beliefs. On or about September 4, 2020. i man, notified the Department of Children & Families, Office of Human Resources management Andrea Maxwell and Sherbria West to inform them of my religion and required of them to correct the record. They were informed that it is my religion that all systems, documentation, correspondence, medical providers, insurance company, pensions & benefits, civil service, and any other trust account that the State of New Jersey Department of Children & Families has created on the behalf of Terence Lee Britt, needs to reflect the God given name Terence Lee Britt. To date this has not been corrected. I have even provided them with the authenticated Certificate of Live Birth for Terence Lee Britt as proof of said God given name. DCF was also informed that Terence L. Britt, Terence Britt, Mr. Terence L. Britt, Mr. Terence Britt, and/or Mr. Britt are juridical persons and it is offensive to said one's religion to be referred to as a name that is not the God given name Terence Lee Britt. Moreover, OptumRx, the prescription medication company has been trying to issue me a refund for more that two thousand dollars ($2,000.00), but has insufficient information that has been reported to them by DCF. This company has not been able to send it to me for more than four months now because this agency has failed to correct the record and update the information for Terence Lee Britt. To add insult to injury, in April of this year, i man provided DCF with a change of location in which they never updated my location so that this company can send me the check. The one they have on file, Terence Lee Britt has not been associated with since April and here were are in October and this still has not been done. OptumRx received the check back because it was unable to be delivered. This is a lot of money and there is no excuse why this agency has not fulfilled there fiduciary obligation.
>
> AND TAKE FURTHER NOTICE, i man, right to practice and worship Almighty God is not to be deprived and said one should not have to defend this right. i man, should not have to keep asking for the record to be corrected. The State of New Jersey, Department of Children & Families has a fiduciary obligation to Terence Lee Britt to correct the record. if this is not corrected, i man, will have no choice but to consult with counsel to seek lawful remedies. Your failure to respond is dishonor. Thereby, you are in agreement and binding that you are liable for damages.
>
> Giving Almighty God all the praise!!
>
> Thank you for your attention and assistance in this matter,

Ternece Lee Britt,

*God created man in his image ~Genesis 1:27(KJV)
*Blessed are the pure in heart: for they shall see God ~Matthew 5:8(KJV)
*But my God shall supply all your need according to his riches in glory by Christ Jesus. ~Philippians 4:19 (KJV)

This E-mail, including any attachments, may be intended solely for the personal and confidential use of the sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative material and, as such, would be privileged and confidential and not a public document. If you have received this e-mail in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it and you must delete this message. You are requested to notify the sender by return e-mail.

## RE: [EXTERNAL] Discrimination on Religion

From:  West, Sherbria (sherbria.west@dcf.nj.gov)

To:     terenceleebritt@yahoo.com

Cc:     linda.dobron@dcf.nj.gov; andrea.maxwell@dcf.nj.gov

Date:  Wednesday, December 16, 2020, 05:01 PM EST


Terence,

Attached is a direct deposit cancellation form for your completion. Please note that direct deposit is mandatory as a State employee. After 2 paychecks, Centralized Payroll will enroll you into the Cash Pay system administered by Bank of America. After enrollment, you will receive a debit card in the mail in which your paycheck will be deposited.

Thank you,

Sherbria West, MBA, IPMA
Manager, HR
Department of Children and Families
4th Floor/cc 941
PO Box 717
Trenton, NJ 08625
(609) 888-7824
(609) 480-8713 cell
(609) 633-6829 fax

-----Original Message-----
From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
Sent: Wednesday, December 16, 2020 11:39 AM
To: Dobron, Linda <Linda.Dobron@dcf.nj.gov>; Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>; West, Sherbria <Sherbria.West@dcf.nj.gov>
Cc: DCF Commissioner <DCF.Commissioner@dcf.nj.gov>; GOV Constituent Relations <Constituent.Relations@nj.gov>; Lieutenant Governor <Lieutenant.Governor@nj.gov>; Senator Sweeney <sensweeney@njleg.org>
Subject: Re: [EXTERNAL] Discrimination based on Religion


In addition, I man, require that all direct deposits be terminated at this time as the bank account has been closed; all checks are to be payable to TERENCE LEE BRITT; if payable to any other name, it will be returned;

Thank you,

Britt, Terence Lee

"No weapon that is formed against thee shall prosper" ~Isaiah 54:17 ~ "Submit yourselves therefore to God. Resist the devil, and he will flee from you." ~James 4:7~ "He that dwelleth in the secret place of the most High shall abide under the shadow of the Almighty." ~Psalm 91:1~

>

>
> Good day, Linda Dobron, Andrea Maxwell, Sherbria West,
>
> TAKE NOTICE, after consult with my counsel, i man, am unable to
> perform certain functions of my job, which include, send and receive
> emails, submit eCATS, mandatory training, access to NJSpirit,
> SafeMeasures, Cisco Login, PMIS, Login to Tablet, and any other device
> that requires a login and or system that reflects a name other than,
> TERENCE LEE BRITT; This inability is not due to any medical issue;
> however, i man, have not been able to visit with my doctor because
> they are unable to update my information in their system, due to
> information that they receive from the insurance company, in which,
> you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, have
> failed to correct; so, i man, am unable to get any medical treatment;
> i man, am unable to perform certain functions of my job and unable to
> obtain medical treatment because, you, Linda Dobron, an individual,
> and in her capacity as the Director of Human Resources, you, Andrea
> Maxwell, an individual, and in her capacity as the Assistant Director
> of Human Resources, and you, Sherbria West, an individual, and in her
> capacity as the Manager of Human Resources, continue to create
> juridical persons, refused to honor my religion, refused to correct
> the record to reflect the god given name TERENCE LEE BRITT in all
> system, and refused to respond to any of my requests; your acquiesce
> is dishonor; thereby you Lindon Dobron, you Andrea Maxwell, and you
> Sherbria West, are binding and in agreement that if, i man, become
> sick and unable to get treatment, because you Lindon Dobron, you
> Andrea Maxwell, and you Sherbria West, failed to correct the record;
> then, you Lindon Dobron, you Andrea Maxwell, and you Sherbria West,
> are liable for damages; if i man, am given a discipline for refusing
> to do something in  a name other than TERENCE LEE BRITT; then, you
> Lindon Dobron, you Andrea Maxwell, and you Sherbria West, are binding
> and in agreement that you Lindon Dobron, you Andrea Maxwell, and you
> Sherbria West,  are liable for damages; you Lindon Dobron, you Andrea
> Maxwell, and you Sherbria West, are binding and in agreement that
> pursuant to the United States of America Constitution -1787, and the
> 1844 - New Jersey Constitution, you Lindon Dobron, you Andrea Maxwell,
> and you Sherbria West, have deprived said one the right to worship
> god; thereby, you Lindon Dobron, you Andrea Maxwell, and you Sherbria
> West,  are liable for damages; you Lindon Dobron, you Andrea Maxwell,
> and you Sherbria West are binding and in agreement that, you Lindon
> Dobron, you Andrea Maxwell, and you Sherbria West, have been provided
> all lawful documentation for said god given name TERENCE LEE BRITT;
>
> Thank you;
>
> Britt, Terence Lee,
>
> "No weapon that is formed against thee shall prosper" ~Isaiah 54:17 ~
> "Submit yourselves therefore to God. Resist the devil, and he will
> flee from you." ~James 4:7~ "He that dwelleth in the secret place of
> the most High shall abide under the shadow of the Almighty." ~Psalm
> 91:1~
>
>
>
>
>>>

>>>
>>> From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
>>> Sent: Tuesday, November 24, 2020 7:36 AM
>>> To: Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>; West, Sherbria
>>> <Sherbria.West@dcf.nj.gov>
>>> Cc: Dobron, Linda <Linda.Dobron@dcf.nj.gov>; Hendricks, Jillian C.
>>> <Jillian.Hendricks@dcf.nj.gov>
>>> Subject: [EXTERNAL] Discrimination based on Religion
>>>
>>> Good day,
>>>
>>> TAKE NOTICE, on September 9, 2020, i man, notified you Andrea
>>> Maxwell and you Sherbria West of myreligion; Said one require you
>>> Andrea Maxwell and you Sherbria West to update the system to reflect
>>> the God given name Terence Lee Britt; You Andrea Maxwell requested
>>> proof of name and on September 15, 2020, said one provided you
>>> Andrea Maxwell and you Sherbria West with the attached authenticated
>>> certificate of live birth; As of this 23rd day of November 2020, you
>>> Andrea Maxwell and you Sherbria West continue to discriminate
>>> against Terence Lee Britt religion; as previously stated in prior
>>> emails, being referred to as Terence Britt, Terence L. Britt, Mr.
>>> Terence L. Britt, Mr. Terence Britt, Mr. Terence, and/or Mr. Britt
>>> are offensive to my religion; moreover, it creates juridical persons
>>> that are in no way associated with Terence Lee Britt. YouAndrea
>>> Maxwell and you Sherbria West failure to correct the name is
>>> dishonor; thereby, you Andrea Maxwell and you Sherbria West are in
>>> agreement and binding that you both are liable for damages;
>>>
>>> TAKE FURTHER NOTICE, i man, am unable to perform the essential
>>> functions of my job until the name Terence Lee Britt is reflected in
>>> all systems;
>>>
>>> Thank you
>>>
>>> Terence Lee Britt
>>>
>>> "I am the Lord; that is my name! I will not yield my glory to
>>> another or my praise to idols" ~Isaiah 42:8~ "Many will come in my
>>> name, claiming, 'I am he,' and will deceive many" ~Mark 13:16~ "I
>>> will say of the Lord, He is my refuge and my fortress: my God; in
>>> him will I trust" ~Psalms 91:2~
>>>
>>>
>>>
>>>
>>> .
>>> This E-mail, including any attachments, may be intended solely for the personal and confidential use of the
>>> sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative
>>> material and, as such, would be privileged and confidential and not a public document. If you have received this
>>> e-mail in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any
>>> attachments to it and you must delete this message. You are requested to notify the sender by return e-mail.
>

 DirectDepositCancellation.pdf
62.1kB

# Re: [EXTERNAL] Discrimination based on Religion

From: TERENCE LEE BRITT (terenceleebritt@yahoo.com)

To: linda.dobron@dcf.nj.gov; andrea.maxwell@dcf.nj.gov; sherbria.west@dcf.nj.gov

Cc: dcf.commissioner@dcf.nj.gov; constituent.relations@nj.gov; lt.governor@nj.gov; sensweeney@njleg.org

Date: Wednesday, December 16, 2020, 11:39 AM EST

In addition, i man, require that all direct deposits be terminated at this time as the bank account has been closed; all checks are to be payable to TERENCE LEE BRITT; if payable to any other name, it will be returned;

Thank you,

Britt, Terence Lee

"No weapon that is formed against thee shall prosper" ~Isaiah 54:17 ~
"Submit yourselves therefore to God. Resist the devil, and he will flee from you." ~James 4:7~
"He that dwelleth in the secret place of the most High shall abide under the shadow of the Almighty." ~Psalm 91:1~

>
>
> Good day, Linda Dobron, Andrea Maxwell, Sherbria West,
>
> TAKE NOTICE, after consult with my counsel, i man, am unable to perform certain functions of my job, which include, send and receive emails, submit eCATS, mandatory training, access to NJSpirit, SafeMeasures, Cisco Login, PMIS, Login to Tablet, and any other device that requires a login and or system that reflects a name other than, TERENCE LEE BRITT; This inability is not due to any medical issue; however, i man, have not been able to visit with my doctor because they are unable to update my information in their system, due to information that they receive from the insurance company, in which, you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, have failed to correct; so, i man, am unable to get any medical treatment; i man, am unable to perform certain functions of my job and unable to obtain medical treatment because, you, Linda Dobron, an individual, and in her capacity as the Director of Human Resources, you, Andrea Maxwell, an individual, and in her capacity as the Assistant Director of Human Resources, and you, Sherbria West, an individual, and in her capacity as the Manager of Human Resources, continue to create juridical persons, refused to honor my religion, refused to correct the record to reflect the god given name TERENCE LEE BRITT in all system, and refused to respond to any of my requests; your acquiesce is dishonor; thereby you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, are binding and in agreement that if, i man, become sick and unable to get treatment, because you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, failed to correct the record; then, you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, are liable for damages; if i man, am given a discipline for refusing to do something in a name other than TERENCE LEE BRITT; then, you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, are binding and in agreement that you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, are liable for damages; you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, are binding and in agreement that pursuant to the United States of America Constitution -1787, and the 1844 - New Jersey Constitution, you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, have deprived said one the right to worship god; thereby, you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, are liable for damages; you Lindon Dobron, you Andrea Maxwell, and you Sherbria West are binding and in agreement that, you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, have been provided all lawful documentation for said god given name TERENCE LEE BRITT;

\>
\> Thank you;
\>
\> Britt, Terence Lee,
\>
\> "No weapon that is formed against thee shall prosper" ~Isaiah 54:17 ~
\> "Submit yourselves therefore to God. Resist the devil, and he will flee from you." ~James 4:7~
\> "He that dwelleth in the secret place of the most High shall abide under the shadow of the Almighty." ~Psalm 91:1~
\>
\>
\>
\>
\>\>\>
\>\>\>
\>\>\> From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
\>\>\> Sent: Tuesday, November 24, 2020 7:36 AM
\>\>\> To: Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>; West, Sherbria <Sherbria.West@dcf.nj.gov>
\>\>\> Cc: Dobron, Linda <Linda.Dobron@dcf.nj.gov>; Hendricks, Jillian C. <Jillian.Hendricks@dcf.nj.gov>
\>\>\> Subject: [EXTERNAL] Discrimination based on Religion
\>\>\>
\>\>\> Good day,
\>\>\>
\>\>\> TAKE NOTICE, on September 9, 2020, i man, notified you Andrea Maxwell and you Sherbria West of myreligion; Said one require you Andrea Maxwell and you Sherbria West to update the system to reflect the God given name Terence Lee Britt; You Andrea Maxwell requested proof of name and on September 15, 2020, said one provided you Andrea Maxwell and you Sherbria West with the attached authenticated certificate of live birth; As of this 23rd day of November 2020, you Andrea Maxwell and you Sherbria West continue to discriminate against Terence Lee Britt religion; as previously stated in prior emails, being referred to as Terence Britt, Terence L. Britt, Mr. Terence L. Britt, Mr. Terence Britt, Mr. Terence, and/or Mr. Britt are offensive to my religion; moreover, it creates juridical persons that are in no way associated with Terence Lee Britt. YouAndrea Maxwell and you Sherbria West failure to correct the name is dishonor; thereby, you Andrea Maxwell and you Sherbria West are in agreement and binding that you both are liable for damages;
\>\>\>
\>\>\> TAKE FURTHER NOTICE, i man, am unable to perform the essential functions of my job until the name Terence Lee Britt is reflected in all systems;
\>\>\>
\>\>\> Thank you
\>\>\>
\>\>\> Terence Lee Britt
\>\>\>
\>\>\> "I am the Lord; that is my name! I will not yield my glory to another or my praise to idols" ~Isaiah 42:8~
\>\>\> "Many will come in my name, claiming, 'I am he,' and will deceive many" ~Mark 13:16~
\>\>\> "I will say of the Lord, He is my refuge and my fortress: my God; in him will I trust" ~Psalms 91:2~
\>\>\>
\>\>\>
\>\>\>
\>\>\>
\>\>\> .
\>\>\> This E-mail, including any attachments, may be intended solely for the personal and confidential use of the sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative material and, as such, would be privileged and confidential and not a public document. If you have received this e-mail in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it and you must delete this message. You are requested to notify the sender by return e-mail.
\>

# FAIR WARNING

From: TERENCE LEE BRITT (terenceleebritt@yahoo.com)

To: sherbria.west@dcf.nj.gov

Cc: linda.dobron@dcf.nj.gov; andrea.maxwell@dcf.nj.gov; childofgodtr@yahoo.com; dcf.commissioner@dcf.nj.gov

Date: Thursday, December 17, 2020, 10:27 AM EST


Good day,

TAKE NOTICE, i man, Britt, Terence Lee, herein, say: i, gave no entity the right to administer [my] property; i say that BRITT, TERENCE LEE dba TERENCE LEE BRITT is [my] property (see attachment); i, say that no man or woman, will make a claim under oath of affirmation and verify in open court that [my] claim is untrue; i say here and will affirm, and verify in open court that all herein be true; thereby, i, give no person, entity, individual, corporate body politic, corporation, LLC, local government, agency, trustee, man, woman, or any other person(s), permission, right, or authority, to administer [my] property, to open/enroll TERENCE LEE BRITT in a cash pay system administered by Bank of America; pursuant to, 1844- New Jersey Constitution, and the United States of America Constitution - 1787, i man, have the unalienable right to be protected in my person(s), places, things, papers, and property, BRITT, TERENCE LEE dba TERENCE LEE BRITT is [my] property; pursuant to, 42 United States Code 408(a)(8), "In General, whoever, discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both;" thereby, i man, will file a fraud and identify theft claim with Social Security Administration, Internal Revenue Service and the Sheriff, if you administer [my] property without [my] permission; i, will file claim in federal court and hold *you* accountable in *your* individual capacity; i man, suggest that *you* consult with *your* general counsel;

govern yourself accordingly;


Thank you,

Britt, Terence Lee


"In the beginning God created the heaven and the earth" ~Genesis 1:1~
"In the beginning was the Word, and the Word was with God, and the Word was God" ~John 1:1~




On Dec 16, 2020, at 5:01 PM, West, Sherbria <Sherbria.West@dcf.nj.gov> wrote:

Terence,

Attached is a direct deposit cancellation form for your completion. Please note that direct deposit is mandatory as a State employee. After 2 paychecks, Centralized Payroll will enroll you into the Cash Pay

system administered by Bank of America. After enrollment, you will receive a debit card in the mail in which your paycheck will be deposited.

Thank you,

Sherbria West, MBA, IPMA
Manager, HR
Department of Children and Families
4th Floor/cc 941
PO Box 717
Trenton, NJ 08625
(609) 888-7824
(609) 480-8713 cell
(609) 633-6829 fax

-----Original Message-----
From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
Sent: Wednesday, December 16, 2020 11:39 AM
To: Dobron, Linda <Linda.Dobron@dcf.nj.gov>; Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>; West, Sherbria <Sherbria.West@dcf.nj.gov>
Cc: DCF Commissioner <DCF.Commissioner@dcf.nj.gov>; GOV Constituent Relations <Constituent.Relations@nj.gov>; Lieutenant Governor <Lieutenant.Governor@nj.gov>; Senator Sweeney <sensweeney@njleg.org>
Subject: Re: [EXTERNAL] Discrimination based on Religion


In addition, i man, require that all direct deposits be terminated at this time as the bank account has been closed; all checks are to be payable to TERENCE LEE BRITT; if payable to any other name, it will be returned;

Thank you,

Britt, Terence Lee

"No weapon that is formed against thee shall prosper" ~Isaiah 54:17 ~ "Submit yourselves therefore to God. Resist the devil, and he will flee from you." ~James 4:7~ "He that dwelleth in the secret place of the most High shall abide under the shadow of the Almighty." ~Psalm 91:1~



Good day, Linda Dobron, Andrea Maxwell, Sherbria West,

TAKE NOTICE, after consult with my counsel, i man, am unable to
perform certain functions of my job, which include, send and receive
emails, submit eCATS, mandatory training, access to NJSpirit,
SafeMeasures, Cisco Login, PMIS, Login to Tablet, and any other device
that requires a login and or system that reflects a name other than,
TERENCE LEE BRITT; This inability is not due to any medical issue;
however, i man, have not been able to visit with my doctor because
they are unable to update my information in their system, due to
information that they receive from the insurance company, in which,
you Lindon Dobron, you Andrea Maxwell, and you Sherbria West, have
failed to correct; so, i man, am unable to get any medical treatment;
i man, am unable to perform certain functions of my job and unable to
obtain medical treatment because, you, Linda Dobron, an individual,
and in her capacity as the Director of Human Resources, you, Andrea

Maxwell, an individual, and in her capacity as the Assistant Director
of Human Resources, and you, Sherbria West, an individual, and in her
capacity as the Manager of Human Resources, continue to create
juridical persons, refused to honor my religion, refused to correct
the record to reflect the god given name TERENCE LEE BRITT in all
system, and refused to respond to any of my requests; your acquiesce
is dishonor; thereby you Lindon Dobron, you Andrea Maxwell, and you
Sherbria West, are binding and in agreement that if, i man, become
sick and unable to get treatment, because you Lindon Dobron, you
Andrea Maxwell, and you Sherbria West, failed to correct the record;
then, you Lindon Dobron, you Andrea Maxwell, and you Sherbria West,
are liable for damages; if i man, am given a discipline for refusing
to do something in a name other than TERENCE LEE BRITT; then, you
Lindon Dobron, you Andrea Maxwell, and you Sherbria West, are binding
and in agreement that you Lindon Dobron, you Andrea Maxwell, and you
Sherbria West, are liable for damages; you Lindon Dobron, you Andrea
Maxwell, and you Sherbria West, are binding and in agreement that
pursuant to the United States of America Constitution -1787, and the
1844 - New Jersey Constitution, you Lindon Dobron, you Andrea Maxwell,
and you Sherbria West, have deprived said one the right to worship
god; thereby, you Lindon Dobron, you Andrea Maxwell, and you Sherbria
West, are liable for damages; you Lindon Dobron, you Andrea Maxwell,
and you Sherbria West are binding and in agreement that, you Lindon
Dobron, you Andrea Maxwell, and you Sherbria West, have been provided
all lawful documentation for said god given name TERENCE LEE BRITT;

Thank you;

Britt, Terence Lee,

"No weapon that is formed against thee shall prosper" ~Isaiah 54:17 ~
"Submit yourselves therefore to God. Resist the devil, and he will
flee from you." ~James 4:7~ "He that dwelleth in the secret place of
the most High shall abide under the shadow of the Almighty." ~Psalm
91:1~

From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
Sent: Tuesday, November 24, 2020 7:36 AM
To: Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>; West, Sherbria
<Sherbria.West@dcf.nj.gov>
Cc: Dobron, Linda <Linda.Dobron@dcf.nj.gov>; Hendricks, Jillian C.
<Jillian.Hendricks@dcf.nj.gov>
Subject: [EXTERNAL] Discrimination based on Religion

Good day,

TAKE NOTICE, on September 9, 2020, i man, notified you Andrea
Maxwell and you Sherbria West of myreligion; Said one require you
Andrea Maxwell and you Sherbria West to update the system to reflect
the God given name Terence Lee Britt; You Andrea Maxwell requested
proof of name and on September 15, 2020, said one provided you

Andrea Maxwell and you Sherbria West with the attached authenticated certificate of live birth; As of this 23rd day of November 2020, you Andrea Maxwell and you Sherbria West continue to discriminate against Terence Lee Britt religion; as previously stated in prior emails, being referred to as Terence Britt, Terence L. Britt, Mr. Terence L. Britt, Mr. Terence Britt, Mr. Terence, and/or Mr. Britt are offensive to my religion; moreover, it creates juridical persons that are in no way associated with Terence Lee Britt. YouAndrea Maxwell and you Sherbria West failure to correct the name is dishonor; thereby, you Andrea Maxwell and you Sherbria West are in agreement and binding that you both are liable for damages;

TAKE FURTHER NOTICE, i man, am unable to perform the essential functions of my job until the name Terence Lee Britt is reflected in all systems;

Thank you

Terence Lee Britt

"I am the Lord; that is my name! I will not yield my glory to another or my praise to idols" ~Isaiah 42:8~ "Many will come in my name, claiming, 'I am he,' and will deceive many" ~Mark 13:16~ "I will say of the Lord, He is my refuge and my fortress: my God; in him will I trust" ~Psalms 91:2~

This E-mail, including any attachments, may be intended solely for the personal and confidential use of the sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative material and, as such, would be privileged and confidential and not a public document. If you have received this e-mail in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it and you must delete this message. You are requested to notify the sender by return e-mail.

<DirectDepositCancellation.pdf>

 BirthCertificate.pdf
5.9MB

## Re: [EXTERNAL] Discrimination based on Religion

From:  TERENCE LEE BRITT (terenceleebritt@yahoo.com)

To:      andrea.maxwell@dcf.nj.gov

Cc:     sherbria.west@dcf.nj.gov; jillian.hendricks@dcf.nj.gov; linda.dobron@dcf.nj.gov

Date:  Tuesday, November 24, 2020, 05:22 PM EST

Good day,

i man, received a certain email correspondence from *you*, directed to Mr. Britt, Andrea Maxwell, if you wish to obtain a response, please address accordingly;

Thank you,

Terence Lee Britt

On Nov 24, 2020, at 5:01 PM, Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov> wrote:

Mr. Britt,
Please see below response from Department of Treasury, Centralized Payroll.

It has been brought to my attention that on multiple occasions a DCF employee has filled out cards with intentionally incorrect information. A form must have valid information in order to be processed, if your office receives one that is not please do not send to us for processing. We would not want an erroneous form to be accidentally processed. These should be rejected prior to arriving here.

In terms of completing the form, if a form is not completed correctly or in its entirety it cannot be processed. Per the IRS website if a new employee does not provide a completed form they are to be withheld at the single rate. This statement is at the bottom of page 2 on the W-4 (https://www.irs.gov/pub/irs-pdf/fw4.pdf). For current employees, we found this link regarding the furnishing of withholding allowance certificates (https://www.law.cornell.edu/cfr/text/26/31.3402%28f%29%282%29-1). There is information about social security numbers and the need for them to be on the form:

(2) Social security account numbers. Every individual to whom a social security number has been assigned must include such number on any withholding allowance certificate furnished to anemployer.
An employee may not use a truncated social security number (see § 301.6109-4 of this chapter) in completing the withholding allowance certificate. For provisions relating to the obtaining of an account number from the Social Security Administration, see § 31.6011(b)-2.

Thank you
Andrea

Andrea Maxwell, Assistant Director
**Office of Human Resources**
Department of Children and Families

609-888-7813 (phone)
609-292-1144 (fax)

From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
Sent: Tuesday, November 24, 2020 7:36 AM
To: Maxwell, Andrea <Andrea.Maxwell@dcf.nj.gov>; West, Sherbria <Sherbria.West@dcf.nj.gov>
Cc: Dobron, Linda <Linda.Dobron@dcf.nj.gov>; Hendricks, Jillian C. <Jillian.Hendricks@dcf.nj.gov>
Subject: [EXTERNAL] Discrimination based on Religion

Good day,

TAKE NOTICE, on September 9, 2020, i man, notified you Andrea Maxwell and you Sherbria West
of myreligion; Said one require you Andrea Maxwell and you Sherbria West to update the system to reflect the
God given name Terence Lee Britt; You Andrea Maxwell requested proof of name and on September 15,
2020, said one provided you Andrea Maxwell and you Sherbria West with the attached authenticated
certificate of live birth; As of this 23rd day of November 2020, you Andrea Maxwell and you Sherbria West
continue to discriminate against Terence Lee Britt religion; as previously stated in prior emails, being referred
to as Terence Britt, Terence L. Britt, Mr. Terence L. Britt, Mr. Terence Britt, Mr. Terence, and/or Mr. Britt are
offensive to myreligion; moreover, it creates juridical persons that are in no way associated with Terence Lee
Britt. You Andrea Maxwell and you Sherbria West failure to correct the name is dishonor;
thereby, you Andrea Maxwell and youSherbria West are in agreement and binding that you both are liable for
damages;

TAKE FURTHER NOTICE, i man, am unable to perform the essential functions of my job until the name
Terence Lee Britt is reflected in all systems;

Thank you

Terence Lee Britt

"I am the Lord; that is my name! I will not yield my glory to another or my praise to idols" ~Isaiah 42:8~
"Many will come in my name, claiming, 'I am he,' and will deceive many" ~Mark 13:16~
"I will say of the Lord, He is my refuge and my fortress: my God; in him will I trust" ~Psalms 91:2~

This E-mail, including any attachments, may be intended solely for the personal and confidential use of the
sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative
material and, as such, would be privileged and confidential and not a public document. If you have received
this e-mail in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail
or any attachments to it and you must delete this message. You are requested to notify the sender by return
e-mail.

## RE: [EXTERNAL] exempt withholding

From:  Salay, Mallory (mallory.salay@dcf.nj.gov)

To:      terenceleebritt@yahoo.com

Cc:      sherbria.west@dcf.nj.gov; andrea.maxwell@dcf.nj.gov

Date:   Thursday, February 11, 2021, 02:51 PM EST


Good afternoon,


The New Jersey Department of Treasury, Centralized Payroll operations has advised us that the payroll system can process your earnings only if a valid social security number is provided on the W-4. The number you submitted is a federal tax ID number and cannot be utilized for state payroll purposes. If you are unable to provide a W-4 with your SSN by 4:30 pm today to meet the statewide deadline for payroll changes, the payroll system will automatically default your state and federal tax-withholding to single non-exempt status effective pay period 4 of 2021.


Kind regards,
Mallory Salay

Department of Children and Families
Human Resources
P.O. Box 717
Payroll Section, CC #941
Trenton, NJ 08625
Phone: (609) 888-7365
Fax: (609) 633-6829


**From:** TERENCE LEE BRITT <terenceleebritt@yahoo.com>
**Sent:** Thursday, February 11, 2021 1:09 PM
**To:** Salay, Mallory <Mallory.Salay@dcf.nj.gov>
**Cc:** West, Sherbria <Sherbria.West@dcf.nj.gov>
**Subject:** Re: [EXTERNAL] exempt withholding


Greetings;


i man, gave *you* the form already and *you* Mallory Salay have refused to put anything in writing; I man, Britt, Terence Lee, herein, say: i, give no entity the right to administer *my* property; if *you* Mallory Salay or any person(s), entity, make a selection, it will be by *your* own free will and act; thereby, *you*, Mallory Salay are binding

and in agreement that *you* hold all liability to any tax obligation for Terence Lee Britt;

Thank you,

Terence Lee Britt

"In the beginning God created the heaven and the earth" ~Genesis 1:1~

"In the beginning was the Word, and the Word was with God, and the Word was God" ~John 1:1

On Feb 10, 2021, at 11:55 AM, TERENCE LEE BRITT <terenceleebritt@yahoo.com> wrote:

Greeting, ;

i man, provided you the tax id number for Terence Lee Britt that was issued by the Internal Revenue Service. If you have an issue, you need to contact them, or send me a letter in writing with your signature; said one has sent this concern to the legislative branch as this agency continues to create and falsify information in an attempt to create an entity and bind me to it. i man, strongly suggest that you consult with your counsel as you are practicing law without a license.

On Feb 10, 2021, at 11:42 AM, Salay, Mallory <Mallory.Salay@dcf.nj.gov> wrote:

Good morning,

Your social security number on your W-4s does not match your social security number in our records. If you have changed your social security number, please provide us with a copy of your new card so we can process. Thank you.

Kind regards,
Mallory Salay

Department of Children and Families
Human Resources
P.O. Box 717
Payroll Section, CC #941
Trenton, NJ 08625
Phone: (609) 888-7365
Fax: (609) 633-6829

From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
Sent: Tuesday, February 9, 2021 10:41 AM
To: Salay, Mallory <Mallory.Salay@dcf.nj.gov>
Cc: West, Sherbria <Sherbria.West@dcf.nj.gov>; Lee Ali <lawful.counsel1@gmail.com>
Subject: [EXTERNAL] Fwd: exempt withholding
Importance: High

Good day Mallory:

It is my belief that you have made a declaration in your email; If you say that it is false, put it in writing and sign it that it is false; see the attached W-4 that has already been submitted;

Thank you,

Terence Lee Britt,


-------- Original message --------
From: "Salay, Mallory" <Mallory.Salay@dcf.nj.gov>
Date: 2/8/21 4:30 PM (GMT-05:00)
To: "Britt, Terence" <Terence.Britt@dcf.nj.gov>
Cc: "West, Sherbria" <Sherbria.West@dcf.nj.gov>
Subject: exempt withholding

Good afternoon,

We received your federal and state W-4s, however we cannot accept them due to them having a false social security number. If you wish to claim exempt, please complete the attached federal and state W-4s in their entirety and return to me no later than 4:30pm on February 11, 2021. If we do not receive them by that date, your withholding will default to non-exempt single effective Pay Period 4 of 2021. Please let me know if you have any questions.

Kind regards,
Mallory Salay

Department of Children and Families
Human Resources
P.O. Box 717
Payroll Section, CC #941
Trenton, NJ 08625
Phone: (609) 888-7365
Fax: (609) 633-6829


This E-mail, including any attachments, may be intended solely for the personal and confidential use of the sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative material and, as such, would be privileged and confidential and not a public document. If you have received this e-mail in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it and you

must delete this message. You are requested to notify the sender by return e-mail.

## RE: [EXTERNAL] exempt withholding

From:  Salay, Mallory (mallory.salay@dcf.nj.gov)

To:    terenceleebritt@yahoo.com

Cc:    sherbria.west@dcf.nj.gov

Date:  Thursday, February 11, 2021, 08:56 AM EST

Good morning,

Unfortunately we cannot accept tax ID numbers in place of the SSN. I have attached blank W-4s to this email. Please complete them and return to me by 4:30pm today in order to claim exempt.

Kind regards,
Mallory Salay

Department of Children and Families
Human Resources
P.O. Box 717
Payroll Section, CC #941
Trenton, NJ 08625
Phone: (609) 888-7365
Fax: (609) 633-6829

**From:** TERENCE LEE BRITT <terenceleebritt@yahoo.com>
**Sent:** Wednesday, February 10, 2021 11:55 AM
**To:** Salay, Mallory <Mallory.Salay@dcf.nj.gov>
**Cc:** West, Sherbria <Sherbria.West@dcf.nj.gov>
**Subject:** Re: [EXTERNAL] exempt withholding

Greeting,

i man,  provided *you* the tax id number for Terence Lee Britt that was issued by the Internal Revenue Service. If *you* have an issue, *you* need to contact them, or send me a letter in writing with *your* signature; said one has sent this concern to the legislative branch as this agency continues to create and falsify information in an attempt to create an entity and bind me to it. i man, strongly suggest that *you* consult with *your* counsel as *you* are practicing law without a license.

On Feb 10, 2021, at 11:42 AM, Salay, Mallory <Mallory.Salay@dcf.nj.gov> wrote:

Good morning,

Your social security number on your W-4s does not match your social security number in our records. If you have changed your social security number, please provide us with a copy of your new card so we can process. Thank you.

Kind regards,
Mallory Salay

Department of Children and Families
Human Resources
P.O. Box 717
Payroll Section, CC #941
Trenton, NJ 08625
Phone: (609) 888-7365
Fax: (609) 633-6829

From: TERENCE LEE BRITT <terenceleebritt@yahoo.com>
Sent: Tuesday, February 9, 2021 10:41 AM
To: Salay, Mallory <Mallory.Salay@dcf.nj.gov>
Cc: West, Sherbria <Sherbria.West@dcf.nj.gov>; Lee Ali <lawful.counsel1@gmail.com>
Subject: [EXTERNAL] Fwd: exempt withholding
Importance: High

Good day Mallory:

It is my belief that you have made a declaration in your email; If you say that it is false, put it in writing and sign it that it is false; see the attached W-4 that has already been submitted;

Thank you,

Terence Lee Britt,

-------- Original message --------
From: "Salay, Mallory" <Mallory.Salay@dcf.nj.gov>
Date: 2/8/21 4:30 PM (GMT-05:00)
To: "Britt, Terence" <Terence.Britt@dcf.nj.gov>
Cc: "West, Sherbria" <Sherbria.West@dcf.nj.gov>
Subject: exempt withholding

Good afternoon,

We received your federal and state W-4s, however we cannot accept them due to them having a false social

security number. If you wish to claim exempt, please complete the attached federal and state W-4s in their entirety and return to me no later than 4:30pm on February 11, 2021. If we do not receive them by that date, your withholding will default to non-exempt single effective Pay Period 4 of 2021. Please let me know if you have any questions.

Kind regards,
Mallory Salay

Department of Children and Families
Human Resources
P.O. Box 717
Payroll Section, CC #941
Trenton, NJ 08625
Phone: (609) 888-7365
Fax: (609) 633-6829


This E-mail, including any attachments, may be intended solely for the personal and confidential use of the sender and recipient(s) named above. This message may include advisory, consultative and/or deliberative material and, as such, would be privileged and confidential and not a public document. If you have received this e-mail in error, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it and you must delete this message. You are requested to notify the sender by return e-mail.



2021 W4.pdf
173.3kB


W-4 NJ State.pdf
114.8kB