[Dkt. Nos. 7, 8]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| TERENCE LEE BRITT,<br><br>    Plaintiff,<br><br>v.<br><br>PHIL MURPHY, as Governor of the State of New Jersey; SARAH M. ADELMAN, as Acting Commissioner of the Department of Human Services; CHRISTINE NORBUT BEYER, as Director of the Department of Children & Families (State government office in Trenton, New Jersey), et al;<br><br>    Defendants. | Civil Action No. 21-11585 (RMB/MJS)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendants' Motion to Extend Time to Answer, Move or Otherwise Reply [Dkt. No. 7], and Plaintiff's Motion Demand for Default Judgment and to Dismiss Defendant's Motion for Extension [Dkt. No. 8]. After the filing of these motions, Defendants filed a Motion to Dismiss for lack of jurisdiction on October 7, 2021. [Dkt. No. 10].

Defendants' recent Motion to Dismiss renders the previous Motion for Extension of Time as moot. Accordingly, Defendants' Motion for Extension of Time [Dkt. No. 7] is hereby DENIED AS MOOT.

Similarly, upon receipt of Defendant's Motion to Dismiss, Plaintiff's Motion Demand for Default Judgment [Dkt. No. 8] will hereby be DENIED AS MOOT. The Court will review Defendant's Motion in due course.

1

For the reasons set forth above,

**IT IS** on this \_\_\_22th\_\_\_ day of **October** **2021**, hereby:

**ORDERED** that Defendant's Motion for Extension [Dkt. No. 7] is **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's Motion Demand for Default Judgment and to Dismiss Motion for Extension [Dkt. No. 8] is **DENIED AS MOOT**.

_____
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE